**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Lepow** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **17-36371**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No.  Go to Part 2.
☐ Yes.  Where is the property?

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................➔ | $0.00 |

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Lexus** | ☑ Debtor 1 only | |
| Model: | **GS350** | ☐ Debtor 2 only | |
| Year: | **2015** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | **$20,000.00**   **$20,000.00** |
| Other information: | | | |

**2015 Lexus GS350 VIN#JTHBE1BL4FA002438; under lease which terminates in December 2018**

☐ Check if this is community property
(see instructions)

4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................➔ | $20,000.00 |

Debtor 1   **Kenneth A Lepow**                                              Case number (if known)   **17-36371**

| Part 3: | Describe Your Personal and Household Items |

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**                                          $3,450.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
   music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**                                          $1,820.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.....   **Various Framed Prints**                                              $200.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**                                          $950.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....   **Men's clothing**                                                    $750.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver
    ☐ No
    ☑ Yes. Describe.....   **See continuation page(s).**                                          $550.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**
    ☑ No
    ☐ Yes. Give specific
    information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3. Write the number here.........................................................................** →   $7,720.00

Debtor 1   **Kenneth A Lepow**                                   Case number (if known)   **17-36371**

---

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes............................................................................................................ Cash: ..........................   **$10.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes............................   Institution name:

   17.1.   Checking account:   **Wells Fargo Checking account (related to Dental Practice)**   **$1,700.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes.  Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Texas Center for Continuing Dental Education, LLC dba The National School of Dental Assisting-Houston** | | **$0.00** |
| **Buffalo Dental Group, LLC** | | **$0.00** |
| **Buffalo Dental Practice, PC** | | **$0.00** |
| **Greater Houston Dental Specialists** | | **$0.00** |
| **Kenneth A. Lepow Enterprises, Ltd.** | | **$0.00** |
| **Kingwood Dental Specialists, PC** | | **$0.00** |
| **MGD1, LLC** | | **$0.00** |
| **Lepow Holdings, LLC** | | **$0.00** |
| **Lepow Management, Inc.** | | **$0.00** |
| **Lepow Properties, LLC** | | **$0.00** |
| **MegaBite IT, LLC** | | **$0.00** |
| **TDMG, LLC** | | **$0.00** |
| **Texas Center for Continuing Dental Education, LLC** | | **$0.00** |
| **West Road Dental Specialists Center, LLC** | | **$0.00** |
| **Woodlands Dental Specialists, PC** | | **$0.00** |
| **WDMG, LLC** | | **$0.00** |
| **West Road Dental, PLLC** | **100%** | **$5,000.00** |
| **KAL Enterprises, Ltd. Limited Partner** | **99%** | **$0.00** |

Debtor 1    **Kenneth A Lepow** _____    Case number (if known)  **17-36371** _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
_Negotiable instruments_ include personal checks, cashiers' checks, promissory notes, and money orders.
_Non-negotiable instruments_ are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes.  Give specific
information about
them..........................  Issuer name:

**21. Retirement or pension accounts**
_Examples:_ Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☒ No
☐ Yes.  List each
account separately.      Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
_Examples:_ Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes...........................                    Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes...........................  Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes...........................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**
☒ No
☐ Yes.  Give specific
information about them                                                             _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
_Examples:_ Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.  Give specific
information about them                                                             _____

**27. Licenses, franchises, and other general intangibles**
_Examples:_ Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.  Give specific
information about them                                                             _____

**Money or property owed to you?**                                  **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes.  Give specific information            Federal: _____
about them, including whether
you already filed the returns               State:   _____
and the tax years......................
                                             Local:   _____

Debtor 1   __Kenneth A Lepow_____   Case number (if known) __17-36371_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                                              _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................   Company name:               Beneficiary:                Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                              _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                           _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                           _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                              _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............................................................................** ➔   | $6,710.00 |

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.   List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Debtor 1    **Kenneth A Lepow**                                Case number (if known)  **17-36371**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                                    _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe...                                                                   _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                    _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                                    _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                      % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes.  Describe.....                                                            _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**................................................................ →  | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                             _____

Debtor 1    **Kenneth A Lepow**_____    Case number (if known)   **17-36371**_____

**48.  Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
   information................                                                             _____

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                                _____

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                                _____

**51.  Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
   information................                                                             _____

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here**........................................................................ ➜ | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53.  Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here**.............................. ➜ | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55.  Part 1: Total real estate, line 2**.................................................................................... ➜ | $0.00 |

**56.  Part 2: Total vehicles, line 5**                          $20,000.00

**57.  Part 3: Total personal and household items, line 15**          $7,720.00

**58.  Part 4: Total financial assets, line 36**                      $6,710.00

**59.  Part 5: Total business-related property, line 45**             $0.00

**60.  Part 6: Total farm- and fishing-related property, line 52**    $0.00

**61.  Part 7: Total other property not listed, line 54**        +    $0.00

**62.  Total personal property.**   Add lines 56 through 61.................   | $34,430.00 |   Copy personal property total ➜  +   | $34,430.00 |

**63.  Total of all property on Schedule A/B.**   Add line 55 + line 62............................................   | $34,430.00 |

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

6.  **Household goods and furnishings (details):**

| | |
|---|---:|
| **Living Room Couch** | **$750.00** |
| **Dining Room Buffet** | **$150.00** |
| **Bedroom table** | **$75.00** |
| **Queen size bed** | **$200.00** |
| **Office Desk, credenza, & Desk Chair** | **$400.00** |
| **Office Lamps** | **$75.00** |
| **Refrigerator** | **$250.00** |
| **Living Room Chair** | **$250.00** |
| **Living room Lamps** | **$100.00** |
| **Living room Rug** | **$150.00** |
| **Dining Room Table & 6 Chairs** | **$350.00** |
| **Bedroom night stands (2)** | **$100.00** |
| **Guest room Dresser** | **$150.00** |
| **Guest Room Credenza** | **$75.00** |
| **Guest Room Nightstand** | **$50.00** |
| **Washer & Dryer** | **$250.00** |
| **Dishes** | **$75.00** |

7.  **Electronics (details):**

| | |
|---|---:|
| **Living Room TV & Stereo & Speakers** | **$700.00** |
| **DVD** | **$50.00** |
| **VCR** | **$20.00** |
| **Bedroom TV & Stereo & Speakers** | **$700.00** |
| **Computer** | **$50.00** |
| **TV** | **$150.00** |
| **Mobile Phone** | **$100.00** |
| **House telephones** | **$50.00** |

9.  **Equipment for sports and hobbies (details):**

| | |
|---|---:|
| **Stair Stepper** | **$700.00** |
| **Exercise Bike** | **$250.00** |

12.  **Jewelry (details):**

| | |
|---|---:|
| **Broken Harry Weil Watch (needs $500 in repairs)** | **$300.00** |
| **Rado Watch** | **$250.00** |

**Fill in this information to identify your case:**

Debtor 1            __Kenneth__        __A__          __Lepow__
                    First Name         Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name         Middle Name    Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number      __17-36371__
(if known)

☐ Check if this is an
  amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2015 Lexus GS350 VIN#JTHBE1BL4FA002438; under lease which terminates in December 2018**<br>Line from *Schedule A/B*: __3.1__ | __$20,000.00__ | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>**Living Room Couch**<br>Line from *Schedule A/B*: __6__ | __$750.00__ | ☑ __$750.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1   **Kenneth A Lepow**                                   Case number (if known)   **17-36371**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Dining Room Buffet**<br><br>Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Bedroom table**<br><br>Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Queen size bed**<br><br>Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Office Desk, credenza, & Desk Chair**<br><br>Line from *Schedule A/B*: __6__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Office Lamps**<br><br>Line from *Schedule A/B*: __6__ | **$75.00** | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Refrigerator**<br><br>Line from *Schedule A/B*: __6__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Living Room Chair**<br><br>Line from *Schedule A/B*: __6__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Living room Lamps**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Living room Rug**<br><br>Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1   **Kenneth A Lepow**                                    Case number (if known) **17-36371**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Dining Room Table & 6 Chairs**<br><br>Line from *Schedule A/B*: __6__ | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Bedroom night stands (2)**<br><br>Line from *Schedule A/B*: __6__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Guest room Dresser**<br><br>Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Guest Room Credenza**<br><br>Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Guest Room Nightstand**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Washer & Dryer**<br><br>Line from *Schedule A/B*: __6__ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Dishes**<br><br>Line from *Schedule A/B*: __6__ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Living Room TV & Stereo & Speakers**<br><br>Line from *Schedule A/B*: __7__ | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**DVD**<br><br>Line from *Schedule A/B*: __7__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | Kenneth A Lepow | | Case number (if known) | 17-36371 |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **VCR**<br>Line from *Schedule A/B*: __7__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Bedroom TV & Stereo & Speakers**<br>Line from *Schedule A/B*: __7__ | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Computer**<br>Line from *Schedule A/B*: __7__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **TV**<br>Line from *Schedule A/B*: __7__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Mobile Phone**<br>Line from *Schedule A/B*: __7__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **House telephones**<br>Line from *Schedule A/B*: __7__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Various Framed Prints (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __8__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Various Framed Prints (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __8__ | $200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: **Stair Stepper**<br>Line from *Schedule A/B*: __9__ | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Kenneth A Lepow** | Case number (if known) | **17-36371** |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Exercise Bike**<br><br>Line from *Schedule A/B*: __9__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Men's clothing**<br><br>Line from *Schedule A/B*: __11__ | **$750.00** | ☑ **$750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Broken Harry Weil Watch (needs $500 in repairs)**<br>Line from *Schedule A/B*: __12__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**Rado Watch**<br><br>Line from *Schedule A/B*: __12__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**Cash on hand at time of filing**<br><br>Line from *Schedule A/B*: __16__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Wells Fargo Checking account (related to Dental Practice)**<br>Line from *Schedule A/B*: __17.1__ | **$1,700.00** | ☑ **$1,700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**West Road Dental, PLLC**<br><br>Line from *Schedule A/B*: __19__ | **$5,000.00** | ☑ **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**Fill in this information to identify your case:**

Debtor 1     **Kenneth**          **A**          **Lepow**
             First Name          Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-36371**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:**     **List All Secured Claims**

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**National Bankruptcy Services, LLC**
Creditor's name
**14841 Dallas Parkway, Suite 300**
Number     Street

Describe the property that secures the claim:

**2015 Lexus GS350**
**VIN#JTHBE1BL4FA002438**

$20,000.00 | $20,000.00

As of the date you file, the claim is: Check all that apply.

**Dallas            TX    75254**
City               State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____   **Last 4 digits of account number**   **A   2   9   7**

**Related to Kenneth A. Lepow DDS, Inc.**

Add the dollar value of your entries in Column A on this page. Write that number here:

$20,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$20,000.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth**<br>First Name | **A**<br>Middle Name | **Lepow**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    **17-36371**

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | | $1,100,000.00 | $1,100,000.00 | $0.00 |

**2.1**

**IRS**
Priority Creditor's Name
**K. Nguyen, Revenue Officer**
Number      Street
**8701 South Gessner**

**M/S 5433 HAL**

**Houston                    TX      77074**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Unpaid payroll taxes for Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **1   8   9   0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
| --- | --- |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑   Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | **$1,082.50** |
| --- | --- | --- |

**24 Hour Data**
Nonpriority Creditor's Name
**811 E. Plano Pkwy #124**
Number        Street

_____

**Plano                       TX      75074**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
☑   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another
☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __  __  __  __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
    **Trade Debt**

| 4.2 | | **$2,149.03** |
| --- | --- | --- |

**3M Unitek**
Nonpriority Creditor's Name
**2721 South Peck Road**
Number        Street

_____

**Monrovia                    CA      91016-5097**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
☑   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another
☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   0  1  0  7
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
    **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                            Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

| 4.3 | | **$25.67** |
|---|---|---|

**A&A Financial Services**
Nonpriority Creditor's Name
**PO Box 1803**
Number        Street

**La Marque**           **TX**      **77568**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Trade Debt**

| 4.4 | | **$683.11** |
|---|---|---|

**A&E The Graphics Complex**
Nonpriority Creditor's Name
**PO Box 27286**
Number        Street

**Houston**            **TX**      **77227**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   0  0  0  0

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                                      Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.5**

| | | $162.38 |
|---|---|---|

**ABC Home and Commercial Services**
Nonpriority Creditor's Name
**PO Box 670389**
Number      Street

_____

**Dallas**                    **TX**    **75267-0389**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **3    5    0    7**
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Pest Control**

**4.6**

| | | $5,819.35 |
|---|---|---|

**Absolute Color**
Nonpriority Creditor's Name
**5810 Windfern**
Number      Street

_____

**Houston**                   **TX**    **77041**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **4    3    8    0**
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Office Supplies**

Debtor 1    **Kenneth A Lepow**                                       Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

                                                                   | **Total claim** |

### 4.7

**Absolute Color, Ltd.**
Nonpriority Creditor's Name
**5810 Wingfern Rd**
Number      Street

**Houston**              **TX**     **77041**
City                   State    ZIP Code

**Total claim: $13,000.00**

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

### 4.8

**Academy of General Dentistry Houston Cha**
Nonpriority Creditor's Name
**1016 La Posada Dr., Suite 200**
Number      Street

**Austin**              **TX**     **78752**
City                   State    ZIP Code

**Total claim: $2,500.00**

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1 __Kenneth A Lepow_____     Case number (if known) __17-36371__

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.9 | | **$9,600.00** |

**Accountemps**
Nonpriority Creditor's Name
**PO Box 743295**
Number     Street

**Los Angeles          CA     90074-3295**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __0__  __0__  __0__  __0__
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| 4.10 | | **Unknown** |

**ACE Surgical Supply**
Nonpriority Creditor's Name
**1034 Pearl Street**
Number     Street

**Brockton          MA     02301**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __3__  __6__  __1__  __8__
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Inventory Purchases**

Debtor 1    **Kenneth A Lepow**

Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.11**

**$1,708.69**

**ADP Payroll**
Nonpriority Creditor's Name
**13141 Northwest Freeway**
Number       Street

Last 4 digits of account number    **0    2    1    A**

When was the debt incurred?    _____

**Houston**          **TX**    **77040**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.12**

**$1,420.41**

**Airgas**
Nonpriority Creditor's Name
**P.O. Box 1152**
Number       Street

Last 4 digits of account number    **6    5    8    5**

When was the debt incurred?    _____

**Tulsa**            **OK**    **74101**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

**4.13**                                                                        **$0.00**

**Ali Sairafi**
Nonpriority Creditor's Name
**6903 Staffordshire Street**
Number      Street

**Houston**              **TX**     **77030-4318**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Loan to Jonathan Lepow**

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Loan**

**4.14**                                                                        **$12,500.00**

**Align Technologies, Inc.**
Nonpriority Creditor's Name
**Cook Collection Attorneys PC**
Number      Street
**David J. Cook**
**PO Box 270**

**San Francisco**        **CA**     **94104-0270**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Last 4 digits of account number  **7  2  8  6**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

Debtor 1 **Kenneth A Lepow**                                   Case number (if known) **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |

**4.15**

**Allen's Appliance Repair**
Nonpriority Creditor's Name
**13826 Hillingdale Ln**
Number     Street

**Houston          TX      77070**
City               State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Trade Debt**

Total claim: **Unknown**

**4.16**

**Allied Dental Laboratory**
Nonpriority Creditor's Name
**4022 McDermed**
Number     Street

**Houston          TX      77025**
City               State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Trade Debt**

Total claim: **$320.40**

Debtor 1    **Kenneth A Lepow**                                              Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
| --- |

| 4.17 | | $300.00 |

**Allstate Contracting LLC**
Nonpriority Creditor's Name
**10601 Grant Road, Suite 102**
Number      Street

**Houston**              **TX**    **77070**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| 4.18 | | $805.00 |

**Allyson C. Stucker**
Nonpriority Creditor's Name
**21614 Frontiersman Court**
Number      Street

**Hockley**              **TX**    **77477**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Professional Services**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

**4.19** | | **$601.80**

**Always Care**
Nonpriority Creditor's Name
**Dept. 1892**
Number     Street
**PO Box 2153**

**Birmingham**          **AL**     **35287-1892**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **7   0   7   4**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Insurance**

---

**4.20** | | **$2,734.00**

**Amazing Spaces**
Nonpriority Creditor's Name
**18250 IH 45 South**
Number     Street

**The Woodlands**          **TX**     **77384**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **3   1   9   9**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

Debtor 1    **Kenneth A Lepow**       Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

**After listing any entries on this page, number them sequentially from the previous page.**

<table>
<tr><td></td><td>**Total claim**</td></tr>
</table>

**4.21**

                                                                         **Unknown**

**American Dental Accessories**
Nonpriority Creditor's Name
**7310 Oxford Street**
Number     Street

**Minneapolis**      **MN**    **55426**
City             State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **0   6   7   5**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Inventory Purchases**

---

**4.22**

                                                                         **$7,000.00**

**American Express**
Nonpriority Creditor's Name
**P.O. Box 981535**
Number     Street
**El Paso, 79998-1535**

City             State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0   5   8   9**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1   **Kenneth A Lepow**                                                   Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td></td><td></td><td style="text-align:right">**Total claim**</td></tr>
</table>

| 4.23 | | | **Unknown** |
|---|---|---|---|

**American General Life Companies**
Nonpriority Creditor's Name
**PO Box 305355**
Number        Street

Last 4 digits of account number    **3   6   1   2**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nashville              TN    37230-5355**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Insurance**

| 4.24 | | | $6,772.26 |
|---|---|---|---|

**American Orthodontics**
Nonpriority Creditor's Name
**PO Box 109**
Number        Street

Last 4 digits of account number    **3   9   2   0**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Milwaukee              WI    53278-0109**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Inventory Purchases**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.25**

| | | |
|---|---|---|
| **Amsia Medial, Inc.** | Last 4 digits of account number ___ ___ ___ ___ | **$16,000.00** |
| Nonpriority Creditor's Name | | |
| **c/o Taylor Law Group** | **When was the debt incurred?** _____ | |
| Number        Street | | |
| **4301 Yoakum** | **As of the date you file, the claim is:** Check all that apply. | |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77006**
City                                State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who incurred the debt?**   Check one.

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**4.26**

| | | |
|---|---|---|
| **ARA Computers & Consulting Inc.** | Last 4 digits of account number ___ ___ ___ ___ | **$58,106.00** |
| Nonpriority Creditor's Name | | |
| **3511 Peachstone Place** | **When was the debt incurred?** _____ | |
| Number        Street | | |
| | **As of the date you file, the claim is:** Check all that apply. | |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Spring**                    **TX**      **77389**
City                                State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who incurred the debt?**   Check one.

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unknown**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Creditor is unknown to Dr. Kenneth Lepow**

Debtor 1    **Kenneth A Lepow**        Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

                                              **Total claim**

### 4.27

**Aramark Refreshment Services**      Last 4 digits of account number   **6   0   3   1**       **$1,865.76**
Nonpriority Creditor's Name
**1665 Townhurst, Suite 160**      When was the debt incurred?
Number     Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**       **TX**    **77043**
City           State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Office Supplies**

**Related to Kenneth A. Lepow DDS, Inc.**

### 4.28

**Aribex**           Last 4 digits of account number   **3   5   7   2**       **$895.00**
Nonpriority Creditor's Name
**744 South 400 East**      When was the debt incurred?
Number     Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Orem**       **UT**    **84097**
City           State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                         Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.29 | | **$189.00** |
|---|---|---|

**Artisan Dental Studio, Inc.**
Nonpriority Creditor's Name
**259 E. Ramsey**
Number        Street

_____

| **San Antonio** | **TX** | **78216** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number ___  **1**  **4**  **3**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

| 4.30 | | **$970.97** |
|---|---|---|

**Aseptico**
Nonpriority Creditor's Name
**PO Box 1548**
Number        Street

_____

| **Woodinville** | **WA** | **98072** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  **4**  **9**  **1**  **9**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

Debtor 1   **Kenneth A Lepow**

Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.31**

**Unknown**

**Assurant**
Nonpriority Creditor's Name
**PO Box 390844**
Number     Street

**Minneapolis          MN     55439-0844**
City                  State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **8   1   7   6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Insurance**

**4.32**

**$167.81**

**AT&T**
Nonpriority Creditor's Name
**PO Box 1809**
Number     Street

**Paramus              NJ     07653-1809**
City                  State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Last 4 digits of account number   **1   4   7   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Utilities**

Debtor 1 __Kenneth A Lepow_____   Case number (if known) __17-36371__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.33**

**Ata Stagnak**
Nonpriority Creditor's Name
**9418 Walnut Brook Ct.**
Number     Street

**Unknown**

Last 4 digits of account number __ __ __ __

When was the debt incurred?   _____

**Houston**         **TX**   **77040**
City            State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.34**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 45144**
Number     Street

**$17,442.98**

Last 4 digits of account number   6   5   6   6

When was the debt incurred?   _____

**Jacksonville**       **FL**   **32232-9923**
City            State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| | **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.35 | | **$6,862.80** |

**Bateman & Pugh, PLLC**
Nonpriority Creditor's Name
**1811 Bering Drive, Suite 420**
Number        Street

**Houston                    TX      77057**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Relates to Lepow Management, LLC**

Last 4 digits of account number    **0    0    0    2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Attorney Fees**

| 4.36 | | **$184.03** |

**BBVA Compass Bank**
Nonpriority Creditor's Name
**PO Box 10566**
Number        Street

**Birmingham                 AL      35296**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **6    4    7    9**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Overdraft**

Debtor 1    **Kenneth A Lepow**                                           Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.37 | | **$476.30** |

**Ben Shenker Specialties**
Nonpriority Creditor's Name
**6300 West Loop South #300**
Number        Street

**Bellaire**            **TX**     **77401**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **4**   **7**   **0**   **8**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Advertising**

| 4.38 | | **Unknown** |

**Benco Dental**
Nonpriority Creditor's Name
**8615 Jackrabbit Rd. B**
Number        Street

**Houston**            **TX**     **77095**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

| Debtor 1 | **Kenneth A Lepow** | | Case number (if known) | **17-36371** |

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.39 | | **$75.00** |

**Bio Research Assoc.**
Nonpriority Creditor's Name
**4555 West Schroeder Drive, Suite 100**
Number     Street

**Milwaukee          WI     53223**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number     1   0   3   6**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

| 4.40 | | **$517.00** |

**BioHorizons Implant Systems, Inc.**
Nonpriority Creditor's Name
**2300 Riverchase Center**
Number     Street

**Birmingham          AL     35244**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number     O   W   0   1**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

| Debtor 1 | **Kenneth A Lepow** | | Case number (if known) | **17-36371** |
|---|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.41**

| | **$63,560.72** |
|---|---|

**Biolase**
Nonpriority Creditor's Name
**4 Cromwell**
Number       Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Irvine**          **CA**    **92618-1816**
City                State   ZIP Code

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**4.42**

| | **Unknown** |
|---|---|

**BioTemps Dental Laboratory**
Nonpriority Creditor's Name
**2181 Dupont Drive**
Number       Street

Last 4 digits of account number   **0   4   0   6**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Irvine**          **CA**    **92612**
City                State   ZIP Code

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.43**                                                                                                          **$1,118.23**

**Birch Communications**                    Last 4 digits of account number    **6   3   8   8**
Nonpriority Creditor's Name
**320 Interstate North Parkway, SE**         **When was the debt incurred?**    _____
Number       Street

                                             **As of the date you file, the claim is:** Check all that apply.

                                             ☐ Contingent
                                             ☐ Unliquidated
**Atlanta**              **GA**    **30339**  ☐ Disputed
City                     State   ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ☑ Other.  Specify
☐ **Check if this claim is for a community debt**    **Utilities**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**4.44**                                                                                                          **$1,006.00**

**Bisco Dental Products Co**                 Last 4 digits of account number    **2   0   7   8**
Nonpriority Creditor's Name
**1100 West Irving Park Road**               **When was the debt incurred?**    _____
Number       Street

                                             **As of the date you file, the claim is:** Check all that apply.

                                             ☐ Contingent
                                             ☐ Unliquidated
**Schumburg**            **IL**    **60193**  ☐ Disputed
City                     State   ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ☑ Other.  Specify
☐ **Check if this claim is for a community debt**    **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow** _____   Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

| **4.45** | | **$1,994.50** |
|---|---|---|

**BlueCross BlueShield of Texas**
Nonpriority Creditor's Name
**PO Box 660858**
Number      Street

_____

**Dallas**                **TX**    **75266-0858**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **0   2   1   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Insurance**

| **4.46** | | **$1,079.51** |
|---|---|---|

**BoundTree Medical**
Nonpriority Creditor's Name
**5000 Tuttle Crossing Blvd**
Number      Street

_____

**Dublin**                **OH**    **43016**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **1   5   3   5**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

**4.47**

**Brasseler USA**                                    Last 4 digits of account number  **7  2  2  5**
Nonpriority Creditor's Name                          **When was the debt incurred?**
**One Brasseler Blvd.**
Number      Street                                   **As of the date you file, the claim is:** Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Savannah**          **GA**   **31419**
City                 State  ZIP Code               **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
☑ Debtor 1 only                                    ☐ Student loans
☐ Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                    **Trade Debt**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.48**

**Bridge Concepts of Houston**                      Last 4 digits of account number  **4  0  4  0**
Nonpriority Creditor's Name                          **When was the debt incurred?**
**1202 Walnut Bend**
Number      Street                                   **As of the date you file, the claim is:** Check all that apply.

**$760.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**           **TX**   **77042**
City                 State  ZIP Code               **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
☑ Debtor 1 only                                    ☐ Student loans
☐ Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                    **Trade Debt**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**                                   Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.49 | |
| --- | --- |

**Brooks Brothers**
Nonpriority Creditor's Name
**100 Phoenix Ave., 2nd Floor**
Number    Street

**Unknown**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**Enfield                     CT      06082**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.50 | |
| --- | --- |

**$4,700.00**

**Brooks Super Human Resources**
Nonpriority Creditor's Name
**3900 Essex Lane, Suite 555**
Number    Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**Houston                     TX      77027**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**        Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.51**

**Bull Shirts**
Nonpriority Creditor's Name
**5485 W. Sam Houston Pkwy. N.**
Number   Street
**Houston, TX  770441**

**Unknown**

Last 4 digits of account number   **2**   **5**   **1**   **3**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City   State   ZIP Code
Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Trade Debt**

**4.52**

**Burkhart Dental Supply**
Nonpriority Creditor's Name
**2502 South 78th St.**
Number   Street
**Tacoma, WA  98409-9053Houston, TX  77073**

**$32,625.86**

Last 4 digits of account number   **9**   **1**   **2**   **3**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City   State   ZIP Code
Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Trade Debt**

Debtor 1 **Kenneth A Lepow**          Case number (if known) **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.53**

**Unknown**

**Calvin Jung DDS**
Nonpriority Creditor's Name
**2024 Richmond Ave.**
Number      Street

**Houston**      **TX**    **77098**
City          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Trade Debt**

---

**4.54**

**Unknown**

**Calvin Martin & Company, PLLC**
Nonpriority Creditor's Name
**5225 Katy Frwy, Suite 620**
Number      Street

**Houston**      **TX**    **77007**
City          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Professional Services**

---

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.55**

|  | |
|---|---|
|  | **$9,000.00** |

**Captial OneBank**
Nonpriority Creditor's Name
**P.O. Box 85168**
Number        Street

Last 4 digits of account number    **6    4    9    9**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Richmond**               **VA**   **23285-5168**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Credit Card**

**4.56**

|  | |
|---|---|
|  | **$0.00** |

**Cardiac Science Corporation**
Nonpriority Creditor's Name
**N7 W22025 Johnson Drive**
Number        Street

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Waukesha**               **WI**   **53186**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Trade Debt**

Debtor 1   **Kenneth A Lepow** _____   Case number (if known)   **17-36371** _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

| 4.57 |                                                                              | **$74.50** |

**Cardinal Delivery Service** _____   Last 4 digits of account number   **1   0   8   2**
Nonpriority Creditor's Name
**PO Box 2047** _____   **When was the debt incurred?** _____
Number        Street

_____   **As of the date you file, the claim is:** Check all that apply.
_____
                                                   ☐ Contingent
**Bellaire**            **TX**   **77402**        ☐ Unliquidated
City                     State   ZIP Code          ☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only                                   **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                   ☐ Student loans
☐ Debtor 1 and Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another            that you did not report as priority claims
                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
                                                      **Delivery Service**
**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.58 |                                                                              | **Unknown** |

**Carecredit/Synchrony Bank** _____   Last 4 digits of account number   **5   4   1   2**
Nonpriority Creditor's Name
**PO Box 965068** _____   **When was the debt incurred?** _____
Number        Street

_____   **As of the date you file, the claim is:** Check all that apply.
_____
                                                   ☐ Contingent
**Orlando**            **FL**   **32896-5068**    ☐ Unliquidated
City                     State   ZIP Code          ☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only                                   **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                   ☐ Student loans
☐ Debtor 1 and Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another            that you did not report as priority claims
                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
                                                      **Vendor**
**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

<div style="float:right">Total claim</div>

| 4.59 | | $1,032.76 |

**Carl Zeiss Meditec Inc.**
Nonpriority Creditor's Name
**PO Box 100372**
Number      Street

**Pasadena**              **CA**    **91189-0972**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **2    0    6    1**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

| 4.60 | | Unknown |

**Carlos Bocanegra**
Nonpriority Creditor's Name
**15207 Carrawy Ct.**
Number      Street

**Cypress**              **TX**    **77429**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   ___  ___  ___  ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                      Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.61

**$0.00**

**Carter & Hartcher Consulting, LLC**        Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**516 W. 9th Street**                        When was the debt incurred?       _____
Number        Street

                                             As of the date you file, the claim is: Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
**Houston**            **TX**    **88008**    ☐ Disputed
City                   State   ZIP Code
**Who incurred the debt?**   Check one.       **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**             **Professional Services**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

4.62

**Unknown**

**Century Classics**                         Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**PO Box 41677**                             When was the debt incurred?       _____
Number        Street

                                             As of the date you file, the claim is: Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
**Houston**          **TX**   **77241-1677**  ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?**   Check one.       **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**             **Inventory Purchases**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**                                             Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.63 |
|---|

**Unknown**

**Ceramik Ark Inc.**
Nonpriority Creditor's Name
**1912 Commercial Drive, Unit A**
Number      Street

**Harvey              LA      70058**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

| 4.64 |
|---|

**Unknown**

**Ceridian COBRA Services**
Nonpriority Creditor's Name
**3201 34th Street South**
Number      Street

**St. Petersburg       FL      33711**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **0  8  5  0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Insurance**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td>Total claim</td></tr>
</table>

| 4.65 |
|---|

**Certified Fire Protection**
Nonpriority Creditor's Name
**PO Box 431402**
Number      Street

$578.56

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77243** |
|---|---|---|
City                  State    ZIP Code

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Trade Debt**

| 4.66 |
|---|

**Chocolate Bayou**
Nonpriority Creditor's Name
**PO Box 1694**
Number      Street

Unknown

Last 4 digits of account number    **0   3   7   5**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Alvin** | **TX** | **77512-1694** |
|---|---|---|
City                  State    ZIP Code

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Bank Accounts**

Debtor 1    **Kenneth A Lepow**          Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td></td><td align="right">**Total claim**</td></tr>
</table>

| 4.67 | | | | | | | | $140.00 |
|---|---|---|---|---|---|---|---|---|

**Choice Dental Lab**
Nonpriority Creditor's Name
**13028 Brittmoore Park Drive**
Number    Street

**Houston**      **TX**    **77041**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **2**   **2**   **2**   **4**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Trade Debt**

---

| 4.68 | | | | | | | | Unknown |
|---|---|---|---|---|---|---|---|---|

**Chubb Group of Insurance Companies**
Nonpriority Creditor's Name
**PO Box 7247-0180**
Number    Street

**Philadelphia**      **PA**    **19170**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **0**   **0**   **1**   **P**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Insurance**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

| 4.69 | | $202.97 |
|---|---|---|

**City Blind Repair**
Nonpriority Creditor's Name
**PO Box 771**
Number      Street

**Bellaire              TX     77402**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

| 4.70 | | $208.55 |
|---|---|---|

**City of Bellaire**
Nonpriority Creditor's Name
**PO Box 3946, Dept. 5150**
Number      Street

**Houston              TX     77253-3946**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **3   0   0   9**
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Utilities**

Debtor 1   **Kenneth A Lepow** _____   Case number (if known)   **17-36371** _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<span style="background:#ccc">**Total claim**</span>

4.71

**$991.31**

**City of Houston**
Nonpriority Creditor's Name
**P.O. Box 1560**
Number        Street

_____

_____

**Houston**            **TX**      **77251**
City                            State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1**   **6**   **1**   **0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Utilities**

---

4.72

**$214.70**

**City of Seattle**
Nonpriority Creditor's Name
**PO BOX 35178**
Number        Street

_____

_____

**Seattle**            **WA**      **98124-5178**
City                            State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1**   **8**   **0**   **1**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Utilities**

**Relates to Lepow Management LLC**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)    **17-36371**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

|  | Total claim |
|---|---|

**4.73**

|  |  |
|---|---|
| **CJM Engineering, Inc.** | **Unknown** |

**CJM Engineering, Inc.**
Nonpriority Creditor's Name
**1525 State St. #201**
Number        Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Santa Barbara          CA     93101**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**4.74**

|  |  |
|---|---|
|  | **Unknown** |

**Colonial Dental Studio**
Nonpriority Creditor's Name
**241 NE Perry Ave**
Number        Street

**Last 4 digits of account number** **1   0   3   2**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Peoria              IL     61603**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

Debtor 1 __Kenneth A Lepow_____   Case number (if known) __17-36371__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |

4.75

| | **$580.96** |

**Commercial Lighting**
Nonpriority Creditor's Name
**PO Box 270651**
Number      Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tampa**                    **FL   33688**
City                       State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Supplies**

**Related to Kenneth A. Lepow DDS, Inc.**

4.76

| | **Unknown** |

**Compounding Solutions**
Nonpriority Creditor's Name
**11240 FM 1960 West Suite 404**
Number      Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                  **TX   77065**
City                       State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1 **Kenneth A Lepow**   Case number (if known) **17-36371**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.77 | |
|---|---|

**Comptroller of Public Accounts**
Nonpriority Creditor's Name
**111 E. 17th Street**
Number       Street

**Unknown**

**Austin          TX    78774-0100**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Franchise Taxes**

---

| 4.78 | |
|---|---|

**$2,891.85**

**Congregation Beth Yeshurun**
Nonpriority Creditor's Name
**4525 Beechnut Street**
Number       Street

**Houston         TX    77096-1801**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Trade Debt**

---

Debtor 1    **Kenneth A Lepow**             Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                                             **Total claim**

**4.79**
                                                             **Unknown**

**Core Graphics**
Nonpriority Creditor's Name
**PO Box 41165**
Number     Street

Last 4 digits of account number    **6**    **1**    **3**    **4**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**        **TX**    **77241-1165**
City              State    ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Office Supplies**

---

**4.80**
                                                             **$2,307.15**

**CPI One Point**
Nonpriority Creditor's Name
**185 N. Wolfe Road**
Number     Street

Last 4 digits of account number    **5**    **4**    **1**    **9**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sunnyvale**        **CA**    **94086**
City              State    ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Office Supplies**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.81**

**Creative Scape Design**                          Last 4 digits of account number    __ __ __ __          **Unknown**

Nonpriority Creditor's Name

**21506 Hawkspur Ridge Street**                   **When was the debt incurred?**   _____

Number        Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Richmond**            **TX**    **77406**

City                    State   ZIP Code

**Who incurred the debt?**   Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Is the claim subject to offset?**              **Trade Debt**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.82**                                                                              **$3,028.90**

**CT Corporation System**                         Last 4 digits of account number    **2**   **2**   **7**   **8**

Nonpriority Creditor's Name

**111 8th Ave, 13th Floor**                        **When was the debt incurred?**   _____

Number        Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**New York**            **NY**    **10011**

City                    State   ZIP Code

**Who incurred the debt?**   Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Is the claim subject to offset?**              **Trade Debt**

☑ No
☐ Yes

**Relates to Jonathan Lepow**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

**After listing any entries on this page, number them sequentially from the previous page.**

<table>
<tr><td></td><td></td><td>Total claim</td></tr>
</table>

**4.83**                                                                              **$500.00**

**Cy- Fair Educational Foundation**          Last 4 digits of account number    ___ ___ ___ ___
Nonpriority Creditor's Name
**PO Box 1698**                              When was the debt incurred?    _____
Number      Street
                                             As of the date you file, the claim is: Check all that apply.

                                             ☐ Contingent
                                             ☐ Unliquidated
**Cypress**            **TX**   **77410-1098**   ☐ Disputed
City                State   ZIP Code
**Who incurred the debt?**   Check one.      **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**             **Donations**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.84**                                                                              **$25,584.90**

**Cypress-Fairbanks ISD**                    Last 4 digits of account number    ___ ___ ___ ___
Nonpriority Creditor's Name
**Tax Office**                               When was the debt incurred?    **2014-2017**
Number      Street
**PO Box 692003**                            As of the date you file, the claim is: Check all that apply.

                                             ☐ Contingent
                                             ☐ Unliquidated
**Houston**            **TX**   **77269**        ☐ Disputed
City                State   ZIP Code
**Who incurred the debt?**   Check one.      **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**             **Property Taxes**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

                                          **Total claim**

**4.85**
                                                          **$18,269.70**

**Darby Dental Supply, LLC**           Last 4 digits of account number    **2**   **7**   **0**   **5**
Nonpriority Creditor's Name
**PO Box 26582**                      **When was the debt incurred?**
Number      Street

                                     **As of the date you file, the claim is:** Check all that apply.

                                     ☐ Contingent

**New York**          **NY**    **10087-6582**        ☐ Unliquidated
City               State    ZIP Code            ☐ Disputed
**Who incurred the debt?**    Check one.

   ☑ Debtor 1 only                        **Type of NONPRIORITY unsecured claim:**
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only            ☐ Student loans
   ☐ At least one of the debtors and another     ☐ Obligations arising out of a separation agreement or divorce
                                         that you did not report as priority claims
   ☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                      ☑ Other. Specify
**Is the claim subject to offset?**                        **Trade Debt**

   ☑ No
   ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

                                                             **Unknown**

**4.86**

**Data Shredding Services**           Last 4 digits of account number    ___ ___ ___ ___
Nonpriority Creditor's Name
**615 W 38th**                         **When was the debt incurred?**
Number      Street

                                     **As of the date you file, the claim is:** Check all that apply.

                                     ☐ Contingent

**Houston**            **TX**    **77018**           ☐ Unliquidated
City               State    ZIP Code            ☐ Disputed
**Who incurred the debt?**    Check one.

   ☑ Debtor 1 only                        **Type of NONPRIORITY unsecured claim:**
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only            ☐ Student loans
   ☐ At least one of the debtors and another     ☐ Obligations arising out of a separation agreement or divorce
                                         that you did not report as priority claims
   ☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                      ☑ Other. Specify
**Is the claim subject to offset?**                        **Trade Debt**

   ☑ No
   ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

|  | **Total claim** |
|---|---|

**4.87**                                                                                           **$0.00**

**Datavox**
Nonpriority Creditor's Name
**6650 West Sam Houston Parkway South**
Number     Street

**Houston**               **TX**     **77072**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  ___ ___ ___ ___
**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

---

**4.88**                                                                                           **Unknown**

**Dave S. Miller**
Nonpriority Creditor's Name
**6335 Brompton**
Number     Street

**Houston**               **TX**     **77005**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **E   P   O   W**
**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Professional Services**

---

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">Total claim</div>

| 4.89 |
|---|

**David Bray Photography**
Nonpriority Creditor's Name
**4212 San Felipe, #398**
Number        Street

<div style="text-align:right">Unknown</div>

Last 4 digits of account number  __ __ __ __

When was the debt incurred?        _____

**Houston**          **TX**    **77027**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Entertainment**

| 4.90 |
|---|

**De Lage Landen Financial Services**
Nonpriority Creditor's Name
**1111 Old Eagle School Road**
Number        Street

<div style="text-align:right">$150,000.00</div>

Last 4 digits of account number  __ __ __ __

When was the debt incurred?        _____

**Wayne**          **PA**    **19087**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Trade Debt**

| Debtor 1 | **Kenneth A Lepow** | | Case number (if known) | **17-36371** |
|---|---|---|---|---|

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.91**

| | | |
|---|---|---|
| **De Lange Hudspeth McConnell & Tibbets LL** | | **$351.00** |
| Nonpriority Creditor's Name | | |
| **1177 West Loop South, Suite 1700** | | |
| Number       Street | | |

**Last 4 digits of account number**     **2   0   0   1**

**When was the debt incurred?** _____

| | |
|---|---|
| **Houston**          **TX**     **77027** | |
| City          State   ZIP Code | |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Professional Services**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

---

**4.92**

| | | |
|---|---|---|
| **Dell** | | **$2,038.36** |
| Nonpriority Creditor's Name | | |
| **PO Box 676021** | | |
| Number       Street | | |

**Last 4 digits of account number**     **0   5   7   5**

**When was the debt incurred?** _____

| | |
|---|---|
| **Dallas**          **TX**     **75267-6021** | |
| City          State   ZIP Code | |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

---

Debtor 1    **Kenneth A Lepow** _____    Case number (if known)  **17-36371** _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |
|---|---|---|

**4.93**

| | | **$148.00** |
|---|---|---|

**Delta Document Destruction**
_____
Nonpriority Creditor's Name
**PO Box 129**
_____
Number        Street

_____

| **Seabrook** | **TX** | **77586** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

**4.94**

| | | **$637.46** |
|---|---|---|

**Demandforce**
_____
Nonpriority Creditor's Name
**909 N. Sepulveda Blvd., 11th Floor**
_____
Number        Street

_____

| **El Segundo** | **CA** | **90245** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **0  8  7  1**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Advertising**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

4.95

|  | $1,343.12 |
|---|---|

**DenMat Holdings, LLC**
Nonpriority Creditor's Name
**PO Box 511591**
Number     Street

**Los Angeles          CA     90051-8146**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **8   6   6   4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

4.96

|  | $9,411.22 |
|---|---|

**Dental Assistance**
Nonpriority Creditor's Name
**2425 Fountain View Suite 212**
Number     Street

**Houston               TX     77057**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

| Debtor 1 | **Kenneth A Lepow** | Case number (if known) | **17-36371** |
|---|---|---|---|

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.97**

| | **Unknown** |
|---|---|

**Dental Force Inc.**
Nonpriority Creditor's Name
**PO Box 3106**
Number        Street

**Spring**                     **TX    77383**
City                                  State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  ___ ___ ___ ___
**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

---

**4.98**

| | **$104.00** |
|---|---|

**Dental Prosthetic Services**
Nonpriority Creditor's Name
**PO Box 2939**
Number        Street

**Cedar Rapids**            **IA    52406-2939**
City                                  State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **P   W   K   E**
**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1   **Kenneth A Lepow**        Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
| --- | --- |

**4.99**

                                                                        **$3,852.20**

**Dental Science**
Nonpriority Creditor's Name
**1305 Lakes Parkway, Suite 127**
Number      Street

Last 4 digits of account number    **E   P   O   W**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lawrenceville**     **GA**   **30043**
City             State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

**Related to Kenneth A. Lepow, DDS, Inc.**

**4.100**

                                                                        **Unknown**

**Dental Systems Inc.**
Nonpriority Creditor's Name
**PO Box 2009**
Number      Street

Last 4 digits of account number    **5   9   6   1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Baytown**     **TX**   **77522**
City             State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**                                              Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.101**                                                                                                        **$8,000.00**

**Dentsphy**
Nonpriority Creditor's Name
**PO Box 1287**
Number      Street

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sanibel**              **FL**      **33959**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**4.102**                                                                                                        **$262.23**

**Dentsphy**
Nonpriority Creditor's Name
**5100 E. Skelly Dr., Suite 300**
Number      Street

**Last 4 digits of account number**   **3   2   5   5**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tulsa**                **OK**      **74135**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| Debtor 1 | **Kenneth A Lepow** | Case number (if known) | **17-36371** |

**Part 2:** Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.103**

**Dentsphy Sirona Global Headquarters**
Nonpriority Creditor's Name
**Susquohanna Commerce Center**
Number     Street
**221 West Philadelphia, Suite 60W**

**York**         **PA**    **17401**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

**$4,171.53**

**4.104**

**Department of Motor Vehicles**
Nonpriority Creditor's Name
**PO Box 37135**
Number     Street

**Washington**     **DC**    **20013**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  **W  L  P  5**
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

**$40.00**

Debtor 1    **Kenneth A Lepow**                                                      Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |
|---|---|---|

| 4.105 | | **Unknown** |

**Derek Mata**
Nonpriority Creditor's Name
**Cantrell & Cantrell**
Number      Street
**3700 Buffalo Speedway, Suite 1000**

**Houston**            **TX    77098**
City                   State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
      **Professional Services**

| 4.106 | | **$859.59** |

**Dexis Technical & Software Support**
Nonpriority Creditor's Name
**4425 Alexander Drive, Suite 100**
Number      Street

**Alpharetta**          **GA    30022-1425**
City                   State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  **6  0  7  3**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
      **Trade Debt**

Debtor 1 **Kenneth A Lepow**                    Case number (if known) **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.107**                                                              **$1,528.26**

**Discus Dental**
Nonpriority Creditor's Name
**PO Box 647632**
Number     Street

Last 4 digits of account number   **8   2   6   0**

When was the debt incurred?

**Dallas**              **TX**    **75284-7632**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**4.108**                                                              **$752.09**

**Dish Network**
Nonpriority Creditor's Name
**P.O. Box 7203**
Number     Street

Last 4 digits of account number   **7   4   9   7**

When was the debt incurred?

**Pasadena**          **CA**    **91109-7303**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  |  | **Total claim** |
|---|---|---|

| 4.109 |
|---|

|  | **$900.00** |
|---|---|

**Donavie Montes**
Nonpriority Creditor's Name
**5245 Fairmont Drive**
Number        Street

**Beaumont**          **TX**      **77706**
City                 State   ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Professional Services**

| 4.110 |
|---|

|  | **Unknown** |
|---|---|

**Dr. Carr**
Nonpriority Creditor's Name
**901 N. Shepherd Drive**
Number        Street

**Houston**          **TX**      **77008**
City                 State   ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

Debtor 1  **Kenneth A Lepow**                                            Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                                                            **Total claim**

**4.111**                                                                   **$125,000.00**

**Dr. Evan Melamed**                           Last 4 digits of account number  ___ ___ ___ ___
Nonpriority Creditor's Name
**c/o Shellist Lazarz Slobin, LLP**            **When was the debt incurred?**        _____
Number        Street
**11 Greenway Plaza, Suite 1515**              As of the date you file, the claim is: Check all that apply.

                                               ☐ Contingent
                                               ☐ Unliquidated
**Houston**              **TX**   **77046**    ☐ Disputed
City                   State   ZIP Code
**Who incurred the debt?**  Check one.         **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☑ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ☑ Other.  Specify
☐ **Check if this claim is for a community debt**      **Contract Dentist**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**4.112**                                                                   **$182.54**

**Dr. Fresh**                                  Last 4 digits of account number    **P   K   E   N**
Nonpriority Creditor's Name
**6645 Caballero Blvd**                        **When was the debt incurred?**        _____
Number        Street
                                               As of the date you file, the claim is: Check all that apply.

                                               ☐ Contingent
                                               ☐ Unliquidated
**Buena Park**           **CA**   **90620**    ☐ Disputed
City                   State   ZIP Code
**Who incurred the debt?**  Check one.         **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ☑ Other.  Specify
☐ **Check if this claim is for a community debt**      **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                      Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">Total claim</div>

**4.113**

<div style="text-align:right">Unknown</div>

**Dr. Michael Funtes**
Nonpriority Creditor's Name
**16430 N. Eldridge, Suite D**
Number        Street

**Tomball**                    **TX**    **77377**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

**4.114**

<div style="text-align:right">Unknown</div>

**Dr. Sarah "Judy" Welch**
Nonpriority Creditor's Name
**2000 West 21st Street, Suite L-1**
Number        Street

**Clovis**                    **NM**    **88101**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

Debtor 1  **Kenneth A Lepow**                                             Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | |
|---|---|
| | **Total claim** |

| 4.115 | | | | |
|---|---|---|---|---|
| | | | | **$6,487.50** |

**Duncan Sowers & Company, PLLC**
Nonpriority Creditor's Name
**1175 Adkins Road**
Number     Street

**Houston**                    **TX**    **77055**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **P**   **0**   **0**   **0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Professional Services**

| 4.116 | | | | |
|---|---|---|---|---|
| | | | | **$38.85** |

**DynaFlex**
Nonpriority Creditor's Name
**PO Box 99**
Number     Street
**St. Ann**

                              **MO**   **63074-0099**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **2**   **1**   **0**   **0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Inventory Purchases**

Debtor 1     **Kenneth A Lepow**                  Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.117**

| | **$80,208.00** |
|---|---|

**E. Martin Davidoff**
Nonpriority Creditor's Name
**Attorney at Law**
Number    Street
**353 Georges Road, Suite K**

**PO Box 835**

**Dayton**         **NJ**     **08810-0835**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Professional Services**

**4.118**

| | **$0.00** |
|---|---|

**East West Bank Loan Servicing Department**
Nonpriority Creditor's Name
**9300 Flair Dr., 6th Floor**
Number    Street

**El Monte**         **CA**     **91731**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to KAL of which Kenneth A. Lepow, DDS, Inc. is General Partner**

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Loan**

Debtor 1  **Kenneth A Lepow**                                          Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td></td><td align="right">Total claim</td></tr>
</table>

| 4.119 | | $1,138.16 |
|---|---|---|

**ECFS, LLC**
Nonpriority Creditor's Name
**22303 Tuwa**
Number       Street

Last 4 digits of account number   **0   1   1   1**

When was the debt incurred?   _____

**Tomball**          **TX**    **77375**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.120 | | $3,555.01 |
|---|---|---|

**Eclipse Dental Prosthetics**
Nonpriority Creditor's Name
**955 Dairy Ashford, No. 120**
Number       Street

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

**Houston**          **TX**    **77079**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                            Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.121 | |
|---|---|

**ELO Dental Co**                                          **$299.09**
Nonpriority Creditor's Name
**9423 Walnut Brook Ct.**
Number        Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**    **77040**
City                State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.122 | |
|---|---|

**Elsevier**                                              **Unknown**
Nonpriority Creditor's Name
**Regional Credit Control**
Number        Street
**3251 Riverport Lane**

Last 4 digits of account number    **0**  **0**  **3**  **6**

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Maryland Heights**      **MO**   **63043**
City                State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Related to National School Dental Assisting-Houston**

Debtor 1 **Kenneth A Lepow**     Case number (if known) **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.123** | | **$70.00**

**Endocrine Associates**
Nonpriority Creditor's Name
**PO Box 2406**
Number       Street

**Houston          TX      77252-2406**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **4  5  2  0**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical Treatment**

**4.124** | | **$3,893.85**

**EServices**
Nonpriority Creditor's Name
**Dept. Ch 10677**
Number       Street

**Palatine          IL      60055-0677**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number **5  1  8  5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

Debtor 1    **Kenneth A Lepow**                Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                                                     **Total claim**

**4.125**

                                                                     **$5,549.95**

**Esthetics Dental Studio**
Nonpriority Creditor's Name
**16130 Cypress Rosehill Road**
Number      Street

**Cypress**            **TX**     **77429**
City                   State     ZIP Code

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Trade Debt**

---

**4.126**

                                                                        **$9,100.00**

**ETS Dental**
Nonpriority Creditor's Name
**2840-B Hershberger Road**
Number      Street

**Roanoke**           **VA**     **24017**
City                   State     ZIP Code

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Trade Debt**

---

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.127**

| | | **$678.37** |
|---|---|---|

**Facility Solutions Group**
Nonpriority Creditor's Name
**5091 Steadmont**
Number       Street

**Houston**                **TX**      **77040**
City                       State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **7    5    5    1**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

**4.128**

| | **Unknown** |
|---|---|

**FedEx**
Nonpriority Creditor's Name
**P.O. Box 332**
Number       Street

**Memphis**                **TN**      **38194-4741**
City                       State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **7    4    7    8**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Freight Charges**

Debtor 1     **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.129**

**$1,087.50**

**FilipRamey Business Services LLC**
Nonpriority Creditor's Name
**11920 Westheimer Rd, Suite D-191**
Number     Street

**Houston            TX     77077**
City                State   ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.130**

**$166.00**

**First Continental Life & Accident Insur**
Nonpriority Creditor's Name
**101 Parklane Blvd., Suite 301**
Number     Street

**Sugar Land         TX     77478**
City                State   ZIP Code

Last 4 digits of account number  **7  1  8  2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                              Case number (if known) __17-36371__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.131 |

**$7,697.44**

**First Insurance Funding**
Nonpriority Creditor's Name
**450 Skokie Blvd., Suite 1000**
Number     Street

**Northbrook**        **IL    60062-7917**
City          State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   6   3   6   2
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Insurance Loan**

| 4.132 |

**Unknown**

**Floral Marketing International**
Nonpriority Creditor's Name
**4601 S. Pinemont Ste #122**
Number     Street

**Houston**        **TX    77041-9312**
City          State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                        Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.133

**FP Mailing Solutions**
Nonpriority Creditor's Name
**140 N. Michell Ct., Suite 200**
Number     Street

$196.88

Last 4 digits of account number    **8    5    2    0**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Addison              IL      60101-5629**
City                    State    ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

4.134

**Unknown**

**Freeman**
Nonpriority Creditor's Name
**PO Box 650036**
Number     Street

Last 4 digits of account number    **3    5    5    4**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas              TX      75265-0036**
City                    State    ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**    Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.135

**G&H Orthodontics**
Nonpriority Creditor's Name
**2165 Earlywood Drive**
Number        Street

**Franklin**            **IN**    **46131**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **7  1  8  1**
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Trade Debt**

**$352.88**

4.136

**G. Hartzell & Son**
Nonpriority Creditor's Name
**PO Box 5988**
Number        Street

**Concord**            **CA**    **94520**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **P  9  1  2**
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Trade Debt**

**Unknown**

Debtor 1   **Kenneth A Lepow**                                              Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

4.137

| | |
|---|---|
| **Garrison Dental Solutions** | Last 4 digits of account number   __ __ __ __ |
| Nonpriority Creditor's Name | |
| **150 DeWitt Lane** | **When was the debt incurred?** _____ |
| Number        Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Spring Lake        MI        49456** | ☐ Disputed |
| City                State   ZIP Code | |
| **Who incurred the debt?**   Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ **Check if this claim is for a community debt** | ☑ Other.  Specify |
| **Is the claim subject to offset?** | **Trade Debt** |
| ☑ No | |
| ☐ Yes | |

**Related to Kenneth A. Lepow DDS, Inc.**

**$0.00**

4.138

| | |
|---|---|
| **Gary Brown & Associates, Inc.** | Last 4 digits of account number   __ __ __ __ |
| Nonpriority Creditor's Name | |
| **1313 Campbell Road, Building B** | **When was the debt incurred?** _____ |
| Number        Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Houston        TX        77055** | ☐ Disputed |
| City                State   ZIP Code | |
| **Who incurred the debt?**   Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ **Check if this claim is for a community debt** | ☑ Other.  Specify |
| **Is the claim subject to offset?** | **Appraisal** |
| ☑ No | |
| ☐ Yes | |

**Related to Kenneth A. Lepow DDS, Inc.**

**$750.00**

Debtor 1   **Kenneth A Lepow**                                                        Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  |  |
|---|---|
|  | **Total claim** |

| 4.139 |
|---|

|  | **$2,222.57** |
|---|---|

**Geistlich Biomaterials**
Nonpriority Creditor's Name
**202 Carnegie Center**
Number      Street

Last 4 digits of account number    **8    3    3    4**

When was the debt incurred?      _____

**Princeton**          **NJ**     **08540**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.140 |
|---|

|  | **$4,467.81** |
|---|---|

**Gemini Dental Laboratory**
Nonpriority Creditor's Name
**11311 Richmond Ave., Suite 101**
Number      Street

Last 4 digits of account number    ___  ___  ___  ___

When was the debt incurred?      _____

**Houston**            **TX**     **77082**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**           Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

**4.141**

| | **$1,618.34** |
|---|---|

**Gendex**
Nonpriority Creditor's Name
**2800 Crystal Drive**
Number     Street

**Hatfield**      **PA**    **19440**
City       State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **6**   **0**   **7**   **3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Trade Debt**

**4.142**

| | **Unknown** |
|---|---|

**Gerber & Mose, PLLC**
Nonpriority Creditor's Name
**5555 West Loop South, Suite 200**
Number     Street

**Bellaire**      **TX**    **77401**
City       State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Professional Services**

Debtor 1    **Kenneth A Lepow**                                   Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<div align="right">

**Total claim**

</div>

4.143                                                                                      **$276.00**

**GFC Orthodontic Lab**
Nonpriority Creditor's Name
**955 Dairy Ashford Ste. 216**
Number        Street

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**        _____

**Houston                    TX      77079**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

4.144                                                                                      **$5,000.00**

**GOW Media**
Nonpriority Creditor's Name
**5353 W. Alabama St. Suite 415**
Number        Street

Last 4 digits of account number    **2   1   1   7**

**When was the debt incurred?**        _____

**Houston                    TX      77056**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Advertising**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| Debtor 1 | **Kenneth A Lepow** | | Case number (if known) | **17-36371** |
|---|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

| | |
|---|---|
| 4.145 | **$410.05** |

**Grainger**
Nonpriority Creditor's Name
**8200 Pinemont Drive**
Number     Street

| | |
|---|---|

**Houston**          **TX**     **77040-6500**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **8   3   4   1**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| | |
|---|---|
| 4.146 | **$1,966.50** |

**Great America Financial Services**
Nonpriority Creditor's Name
**625 First Street SE, Suite 800**
Number     Street

| | |
|---|---|

**Cedar Rapids**          **IA**     **52401**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **3   4   7   4**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

| 4.147 | | **$102.84** |

**Great Lakes Orthodontics Products**
Nonpriority Creditor's Name
**PO Box 5111**
Number     Street

**Tonawanda**                    **NY**    **14151-5111**
City                               State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **9   7   1   3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Trade Debt**

---

| 4.148 | | **$1,147.00** |

**Greenspoint Dental**
Nonpriority Creditor's Name
**12523 Greenspoint Drive**
Number     Street

**Houston**                        **TX**    **77060**
City                               State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Trade Debt**

---

Debtor 1     **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td></td><td align="right">**Total claim**</td></tr>
</table>

| 4.149 |
|---|

**Gresco Products, Inc.**
Nonpriority Creditor's Name
**13391 Murphy Road**
Number     Street


**Stafford**                **TX**     **77477**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number     **4   0   2   8**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

**$131.57**

---

| 4.150 |
|---|

**Gulf Coast Bank & Trust Co**
Nonpriority Creditor's Name
**200 St. Charles Ave.**
Number     Street


**New Orleans**             **LA**     **70130**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Last 4 digits of account number     **5   0   5   2**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Loan**

**$30,299.85**

Debtor 1 __Kenneth A Lepow__     Case number (if known) __17-36371__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.151**

**$444.60**

**Gurka Consulting Services**
Nonpriority Creditor's Name
**16209 Tahoe Drive**
Number     Street

**Houston**   **TX**  **77040-1249**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Advertising**

**4.152**

**$495.00**

**Guru Dental**
Nonpriority Creditor's Name
**50 W. Liberty Street, Suite 301**
Number     Street

**Reno**   **NV**  **89501**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | | **Total claim** |

4.153

**Hallmark Office Products, Inc.**
Nonpriority Creditor's Name
**5650 Guhn Road, #124**
Number        Street

**Houston**                **TX**        **77040**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **5**   **3**   **9**   **H**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Office Supplies**

**Unknown**

---

4.154

**Harris County**
Nonpriority Creditor's Name
**Harris County Tax Assessor-Collector**
Number        Street
**PO Box 4576**

**Houston**                **TX**        **77210**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Property Taxes**

**$32,000.00**

---

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.155**

| | | **$247.50** |
|---|---|---|

**Harris County Alarm Detail**
Nonpriority Creditor's Name
**9418 Jensen Drive, Suite A**
Number      Street

**Houston                    TX      77093**
City                              State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **2   6   6   1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Alarm Services**

**4.156**

| | | **$37.50** |
|---|---|---|

**Harris County Toll Road Authority**
Nonpriority Creditor's Name
**Dept 1**
Number      Street
**PO Box 4440**

**Houston, TX  77210-440**

City                              State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                                    Case number (if known)    **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

**4.157**

$436.34

**Harvey-Daco**
Nonpriority Creditor's Name
**307 Lake Air Drive**
Number        Street
**PO Box 7155**

**Waco**                    **TX**    **76714-7155**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **1   6   4   5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

**4.158**

Unknown

**Health Care Service Corporation**
Nonpriority Creditor's Name
**300 East Randolph Street**
Number        Street

**Chicago**                    **IL**    **60601**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5   5   2   1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Insurance**

Debtor 1    **Kenneth A Lepow**                                  Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

<div style="text-align:right">

**Total claim**

</div>

4.159

<div style="text-align:right">

**Unknown**

</div>

**Health e Careers Network**
Nonpriority Creditor's Name
**PO Box 673437**
Number       Street

Last 4 digits of account number    **6   0   7   1**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Detroit**                **MI**    **48276-3437**
City                       State   ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

4.160

<div style="text-align:right">

**$369.50**

</div>

**Health First**
Nonpriority Creditor's Name
**22316 70th Ave W Unit A**
Number       Street

Last 4 digits of account number    **5   2   1   9**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mountlake Terrace**      **WA**    **98043**
City                       State   ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Inventory Purchases**

**Related to Kenneth A. Lepow DDS, Inc.**

| Debtor 1 | **Kenneth A Lepow** | | Case number (if known) | **17-36371** |
|---|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |
|---|---|---|

| | | |
|---|---|---|
| **4.161** | | **$20,312.68** |

**Henry Schein**
Nonpriority Creditor's Name
**135 Duryea Road**
Number          Street

| **Melville** | **NY** | **11747-3824** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **5   4   0   5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

| | | |
|---|---|---|
| **4.162** | | **$382.12** |

**Henry Schein Practice Solutions**
Nonpriority Creditor's Name
**Dept Ch 14200**
Number          Street

| **Palatine** | **IL** | **60055-4200** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Relates to Lepow Management Inc.**

Last 4 digits of account number   **5   1   8   5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Inventory Purchases**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td colspan="2"></td><td>Total claim</td></tr>
<tr><td>4.163</td><td></td><td></td></tr>
</table>

**Total claim**

**4.163**

**Hickory Hollow**
Nonpriority Creditor's Name
**8038 Fallbrook Drive**
Number      Street

**Houston              TX     77064**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **0   1   4   1**
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

**Total claim: Unknown**

---

**4.164**

**Hoelscher Weatherstrip Mfg Co., Inc.**
Nonpriority Creditor's Name
**10111 Houston Oaks Drive**
Number      Street

**Houston              TX     77064**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    ___ ___ ___ ___
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

**$75.00**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.165**
| | **$0.00** |

**Homestead-Hilton**
Nonpriority Creditor's Name
**2950 Sage Rd**
Number      Street

**Houston**                **TX**    **77056**
City                       State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Hotel after Harvey related flooding**

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Hotel**

**4.166**
| | **Unknown** |

**HootSuite**
Nonpriority Creditor's Name
**5 East 8th Ave.**
Number    Street
**Vancouver, BC**

**CANADA, V5T 1R6**

City                       State   ZIP Code
**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **8   6   4   9**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Advertising**

Debtor 1   **Kenneth A Lepow**                                Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.167 | | **$29,000.00** |
|---|---|---|

**House of Blues**
Nonpriority Creditor's Name
**c/o Jon D. Totz**
Number        Street
**Totz Ellison & Totz, P.C.**

**2211 Norfolk, Suite 510**

**Houston**                 **TX**      **77098**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Attorney for - House of Blues**

---

**Unknown**

| 4.168 | |
|---|---|

**Houston Aeros**
Nonpriority Creditor's Name
**5300 Memorial Drive**
Number        Street

**Houston**                 **TX**      **77007-8200**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Advertising**

Debtor 1  **Kenneth A Lepow**                                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.169

**Houston Anesthesia and Sedation Consulta**
Nonpriority Creditor's Name
**3231 Allen Parkway, Suite 3308**
Number       Street

**Unknown**

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        _____

**Houston**              **TX**    **77019**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

4.170

**Houston Aztec Flooring, Inc.**
Nonpriority Creditor's Name
**PO Box 800802**
Number       Street

**$11,172.16**

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        _____

**Houston**              **TX**    **77064**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Property Improvements**

Debtor 1 __Kenneth A Lepow__        Case number (if known) __17-36371__

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | | Total claim |
|---|---|---|

**4.171**

| | | **Unknown** |

**Houston Chronicle**
Nonpriority Creditor's Name
**8010 Kempwood**
Number    Street

Last 4 digits of account number   __8__ __0__ __6__ __2__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**     **TX**   **77005**
City      State  ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Newspaper**

---

**4.172**

| | | **$270.00** |

**Houston Fire and Security**
Nonpriority Creditor's Name
**15112 Lee Road, Suite 401**
Number    Street

Last 4 digits of account number   __3__ __0__ __6__ __2__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Humble**     **TX**   **77396**
City      State  ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

Debtor 1   **Kenneth A Lepow**      Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.173**

**$1,000.00**

**Houston Livestock Show**
Nonpriority Creditor's Name
**P.O. Box 20070**
Number    Street

Last 4 digits of account number    __   **3**   **8**   **1**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**      **TX**    **77225-0070**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Advertising**

**Related to Kenneth A. Lepow DDS, Inc.**

---

**4.174**

**$54.36**

**Houston Radiology Associated**
Nonpriority Creditor's Name
**P.O. Box 4346 Dept 488**
Number    Street

Last 4 digits of account number    **2**   **4**   **9**   **8**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**      **TX**    **77210**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical Treatment**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.175 | | **$1,609.00** |

**Hudson Energy**
Nonpriority Creditor's Name
**PO Box 731137**
Number      Street

**Dallas**                 **TX**     **75373-1137**
City                            State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **2**  **5**  **5**  **9**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Utilities**

| 4.176 | | **$0.00** |

**Humana, Inc.**
Nonpriority Creditor's Name
**Guest & Associates, PC**
Number      Street
**108 W. Front Street**

**De Kalb**                **TX**     **75559**
City                            State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Attorney for - Humana, Inc.**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

| 4.177 | | **$0.00** |
|---|---|---|

**Implant Direct**
Nonpriority Creditor's Name
**8840 West Russell Road, Suite 210**
Number     Street

**Last 4 digits of account number**   **9   3   8   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Las Vegas**          **NV     89148**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Inventory Purchases**

| 4.178 | | **$1,575.00** |
|---|---|---|

**Info Newsletters & Directories**
Nonpriority Creditor's Name
**PO Box 41335**
Number     Street

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX     77241-1335**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Advertising**

Debtor 1   **Kenneth A Lepow**　　　　　　　　　　　　Case number (if known)　**17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.179**

**Informs**
Nonpriority Creditor's Name
**13055 Riley Street**
Number　　Street

**Holland**　　　　　**MI**　　**49424**
City　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number　　**2**　**9**　**4**　**9**

**When was the debt incurred?**　　_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
　**Trade Debt**

**$162.80**

---

**4.180**

**Instradent**
Nonpriority Creditor's Name
**60 Minuteman Rd**
Number　　Street

**Andover**　　　　　**MA**　　**01810**
City　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Last 4 digits of account number　　**9**　**7**　**3**　**5**

**When was the debt incurred?**　　_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
　**Inventory Purchases**

**$2,070.68**

Debtor 1 **Kenneth A Lepow**          Case number (if known) **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.181**

**Insurance Associates of the Southwest**
Nonpriority Creditor's Name
**PO Box 441767**
Number     Street

**Houston                TX      77244**
City                  State   ZIP Code

Last 4 digits of account number    **E   P   O   W**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Insurance**

**4.182**

**International Orthodontics Services**
Nonpriority Creditor's Name
**12811 Capricorn Drive**
Number     Street

**Stafford              TX      77477**
City                  State   ZIP Code

Last 4 digits of account number    **0   1   2   2**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$174.60**

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Inventory Purchases**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)    **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right"><strong>Total claim</strong></div>

**4.183**

                                                                          **$48.34**

**ISmile Dental Products**
Nonpriority Creditor's Name
**4201 Sierra Point Drive, Suite 102**
Number        Street

Last 4 digits of account number    **W   0   0   1**

When was the debt incurred?    _____

**Sacramento**              **CA**    **95834**
City                        State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.184**

                                                                          **$0.00**

**Ivoclar Vivadent**
Nonpriority Creditor's Name
**175 Pineview Drive**
Number        Street

Last 4 digits of account number    **3   5   0   4**

When was the debt incurred?    _____

**Amherst**                 **NY**    **14228**
City                        State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.185**                                                                                **$246.00**

**J.K. Laboratory**                              Last 4 digits of account number  ___ ___ ___ ___
Nonpriority Creditor's Name
**19077 Champion Forest Drive, Suite B**          When was the debt incurred?  _____
Number     Street
                                                 As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
                                                 ☐ Unliquidated
**Spring**              **TX**    **77379**       ☐ Disputed
City                   State   ZIP Code
**Who incurred the debt?**  Check one.            Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt** ☑ Other.  Specify
                                                    **Trade Debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.186**                                                                                **$450.00**

**Javier Munoz**                                 Last 4 digits of account number  ___ ___ ___ ___
Nonpriority Creditor's Name
**1901 Fair Oaks Drive**                          When was the debt incurred?  _____
Number     Street
                                                 As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
                                                 ☐ Unliquidated
**Austin**              **TX**    **78745**       ☐ Disputed
City                   State   ZIP Code
**Who incurred the debt?**  Check one.            Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt** ☑ Other.  Specify
                                                    **Trade Debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known) **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.187**

| | **$1,760.00** |

**Jean P. Pean**
Nonpriority Creditor's Name
**19822 Redroot Drive**
Number          Street

**Houston**                    **TX**      **77084**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Trade Debt**

**4.188**

| | **Unknown** |

**Jeffrey Dean Lankford, et al**
Nonpriority Creditor's Name
**c/o Murphy S. Klasing**
Number          Street
**Weycer, Kaplan, Pulaski & Zuber, PC**

**11 Greenway Plaza, Suite 1400**

**Houston**                    **TX**      **77046**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Lawsuit**

**Relates to Jeffrey Dean Lankford, J. Chu Kim, Louis-Philipe Bosse, WDMG LLC, MGD1 LLC and Buffalo Dental Group, LLC v. Jonathan Lepow, Lepow Holdings, LLC Lepow Management, Inc. Kenneth A. Lepow, DDS, Inc., and KAL Enterprises, Ltd. Non-Suit Filed 1/14/16**

Debtor 1  **Kenneth A Lepow** _____   Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<div style="text-align:right;">**Total claim**</div>

| 4.189 | |
|---|---|

<div style="text-align:right;">**$0.00**</div>

**Jeffrey M. Cravey, P.C.** _____
Nonpriority Creditor's Name
**6800 West Loop South, Suite 250**
Number        Street
_____
_____

**Bellaire**          **TX**    **77401**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**  ___ ___ ___ ___
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Professional Services**

| 4.190 | |
|---|---|

<div style="text-align:right;">**$0.00**</div>

**Jeter Systems** _____
Nonpriority Creditor's Name
**24923 Network Place**
Number        Street
_____
_____

**Chicago**          **IL**    **60673-1249**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  **5**  **9**  **6**  **1**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Office Supplies**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td></td><td></td><td style="background:#ccc">**Total claim**</td></tr>
</table>

| 4.191 | | **$281.49** |
|---|---|---|

**JNJ Ortho Lab Inc.**

Nonpriority Creditor's Name

**3215 N California Suite 3B**

Number       Street

_____

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Stockton**                 **CA**    **95204**

City                                State   ZIP Code

**Who incurred the debt?**     Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| 4.192 | | **$1,960.00** |
|---|---|---|

**Just Cabinets Inc.**

Nonpriority Creditor's Name

**PO Box 1314**

Number       Street

_____

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pinehurst**                 **TX**    **77362**

City                                State   ZIP Code

**Who incurred the debt?**     Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1 __Kenneth A Lepow_____    Case number (if known) __17-36371__

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.193 | | **$877.31** |
|---|---|---|

**Kaelin Customs**
Nonpriority Creditor's Name
**205 Oddo**
Number        Street

_____

| **Houston** | **TX** | **77022** |
|---|---|---|
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**  ___ ___ ___ ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Advertising**

| 4.194 | | **Unknown** |
|---|---|---|

**KAL Enterprises Ltd.**
Nonpriority Creditor's Name
**9125 West Road**
Number        Street

_____

| **Houston** | **TX** | **77064** |
|---|---|---|
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  ___ ___ ___ ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Lease of Building**

Debtor 1  **Kenneth A Lepow**                                        Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td></td><td>Total claim</td></tr>
</table>

**4.195**                                                                                    **$479.35**

**Karl Schumacher Dental**
Nonpriority Creditor's Name
**737 East Elizabeth Ave**
Number       Street

_____

**Linden**                 **NJ**   **07036**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Professional Services**

---

**4.196**                                                                                    **$345.10**

**Keller Laboratories, Inc.**
Nonpriority Creditor's Name
**160 Larkin Williams Ind. Ct.**
Number       Street

_____

**Fenton**                 **MO**   **63026**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**  **0**  **2**  **2**  **8**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.197**                                                                                   **$361.39**

**Kettenbach**
Nonpriority Creditor's Name
**16052 Beach Blvd., Suite 218**
Number     Street

Last 4 digits of account number   **3   4   9   7**

When was the debt incurred?

**Huntington Beach     CA     92647-3809**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**4.198**                                                                                   **$2,412.68**

**Keystone Dental**
Nonpriority Creditor's Name
**144 Middlesex Turnpike**
Number     Street

Last 4 digits of account number   **3   1   6   1**

When was the debt incurred?

**Burlington     MA     01803-4403**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1   **Kenneth A Lepow** _____   Case number (if known) __**17-36371**__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | Total claim |
|---|---|---|

| 4.199 | | | | **$224.05** |
|---|---|---|---|---|

**Kilgore Industries, LP**
Nonpriority Creditor's Name
**10050 Houston Oaks Dr**
Number      Street

_____

| **Houston** | **TX** | **77064** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

| 4.200 | | | | **$1,525.30** |
|---|---|---|---|---|

**KLS Martin LP**
Nonpriority Creditor's Name
**PO Box 204322**
Number      Street

_____

| **Dallas** | **TX** | **75320-4322** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __1__ __5__ __2__ __0__
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

Debtor 1  **Kenneth A Lepow**                                          Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

|  | **Total claim** |
|---|---|

**4.201**
|  | **$0.00** |

**Komet USA LLC**
Nonpriority Creditor's Name
**3042 Southcross Blvd, Suite 101**
Number          Street

**Last 4 digits of account number**   **5   7   4   9**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rock Hill**          **SC**   **29730**
City                State   ZIP Code

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.202**
|  | **$420.98** |

**Krueger Dental Services Inc.**
Nonpriority Creditor's Name
**4207 La Terre De Vin Ct**
Number          Street

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Katy**          **TX**   **77449**
City                State   ZIP Code

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**                                        Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|
| | |

| 4.203 | | | | $122.29 |

**LabCorp**
Nonpriority Creditor's Name
**7207 North Gessner**
Number          Street

_____

_____

**Houston**              **TX**     **77040**
City                            State     ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2    4    4    3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Tests**

| 4.204 | | | | $4,000.00 |

**Lankford Woodshop**
Nonpriority Creditor's Name
**c/o Murphy S. Klasing**
Number          Street
**Weycer, Kaplan, Pulaski & Zuber, PC**

**11 Greenway Plaza, Suite 1400**

**Houston**              **TX**     **77046**
City                            State     ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

<table>
<tr><td></td><td style="text-align:right">Total claim</td></tr>
</table>

**4.205**

|  | **$9,039.23** |
|---|---|

**Las Vegas Digital Dental Solutions**
Nonpriority Creditor's Name
**6275 S. Pearl St., Suite 400**
Number    Street

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Las Vegas**         **NV    89120**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**Related to Kenneth A. Lepow, DDS, Inc.**

**4.206**

|  | **$2,943.69** |
|---|---|

**Liberty Mutual Insurance**
Nonpriority Creditor's Name
**PO Box 1525**
Number    Street

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dover**         **NH    03821-1525**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Insurance**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.207**

$3,102.44

**LifeGas**
Nonpriority Creditor's Name
**575 Mountain Ave**
Number      Street

Last 4 digits of account number   **3   9   5   3**

When was the debt incurred?   _____

**New Providence        NJ    07974-2097**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

**4.208**

Unknown

**LifeGuard Medical Solutions**
Nonpriority Creditor's Name
**821 Fesslers Parkway**
Number      Street

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

**Nashville             TN    37210**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trade Debt**

Debtor 1  **Kenneth A Lepow**                                            Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

|  | **Total claim** |
|---|---|

| 4.209 | | **Unknown** |
|---|---|---|

**Lip Balm Express**
Nonpriority Creditor's Name
**9122 Hendricks Road**
Number       Street

**Mentor              OH      44060**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   n   t   a   l

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Inventory Purchases**

| 4.210 | | **$2,618.00** |
|---|---|---|

**LKH Professional Services LLC**
Nonpriority Creditor's Name
**11922 Longleaf Road**
Number       Street

**Houston              TX      77024**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.211**

**Logix**                                                          Last 4 digits of account number   **0   7   3   5**          **$213.04**
Nonpriority Creditor's Name
**2950 North Loop West 8th Floor**                                 When was the debt incurred?   _____
Number        Street

                                                                   As of the date you file, the claim is: Check all that apply.
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
**Housotn**              **TX**      **77092**                     ☐ Disputed
City                    State    ZIP Code
**Who incurred the debt?**   Check one.                            **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                                    ☐ Student loans
☐ Debtor 2 only                                                    ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                          that you did not report as priority claims
☐ At least one of the debtors and another                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                   ☑ Other.  Specify
☐ **Check if this claim is for a community debt**                     **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.212**

**Malan Electric Co**                                              Last 4 digits of account number   ___ ___ ___ ___          **$485.00**
Nonpriority Creditor's Name
**8950 Westpark, Suite 118**                                       When was the debt incurred?   _____
Number        Street

                                                                   As of the date you file, the claim is: Check all that apply.
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
**Houston**              **TX**      **77063**                     ☐ Disputed
City                    State    ZIP Code
**Who incurred the debt?**   Check one.                            **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                                    ☐ Student loans
☐ Debtor 2 only                                                    ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                          that you did not report as priority claims
☐ At least one of the debtors and another                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                   ☑ Other.  Specify
☐ **Check if this claim is for a community debt**                     **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)  **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

4.213

| | **$11,760.00** |

**Manfield Group USA**
Nonpriority Creditor's Name
**6101 Long Prairie Rd, Suite 744-259**
Number        Street

_____

**Flower Mound          TX      75028**
City                              State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number** ___  ___  ___  ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Dental Recruiter**

4.214

| | **$0.00** |

**Maria Thurow**
Nonpriority Creditor's Name
**14603 Bramblewood Drive**
Number        Street

_____

**Houston               TX      77079**
City                              State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** ___  ___  ___  ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Advertising**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.215**

| | | | | Unknown |
|---|---|---|---|---|

**Mark Wilkinson**
Nonpriority Creditor's Name
**1801 Post Oak Blvd., Suite 10**
Number     Street

**Houston**              **TX**     **77056**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

---

**4.216**

| | $991.92 |
|---|---|

**Marlin Business Bank**
Nonpriority Creditor's Name
**PO Box 13604**
Number     Street

**Philadelphia**         **PA**    **19101-3604**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   1  9  8  0

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1    **Kenneth A Lepow**                Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.217

| | |
| --- | --- |
| **Mass Mutual Financial Group** | Last 4 digits of account number   __ __ __ __ |
| Nonpriority Creditor's Name | |
| **1295 State Street** | When was the debt incurred?    _____ |
| Number     Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Springfield**      **MA**    **01111-0001** | |
| City           State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**   Check one. | ☐ Student loans |
| ☑ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Debtor 1 and Debtor 2 only | ☑ Other. Specify |
| ☐ At least one of the debtors and another |      **Trade Debt** |
| ☐ **Check if this claim is for a community debt** | |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**$0.00**

**Related to Kenneth A. Lepow DDS, Inc.**

### 4.218

| | |
| --- | --- |
| **Masters Dental Lab** | Last 4 digits of account number   __ __ __ __ |
| Nonpriority Creditor's Name | |
| **30202 E. Geneva Drive** | When was the debt incurred?    _____ |
| Number     Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Spring**      **TX**    **77386** | |
| City           State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**   Check one. | ☐ Student loans |
| ☑ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Debtor 1 and Debtor 2 only | ☑ Other. Specify |
| ☐ At least one of the debtors and another |      **Trade Debt** |
| ☐ **Check if this claim is for a community debt** | |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**Unknown**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**                                      Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|
| 4.219 | |
| | **Unknown** |

**Matera Paper Co**
Nonpriority Creditor's Name
**835 North WW White Road**
Number        Street

**San Antonio        TX        78219**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    **1   7   6   5**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| | **Unknown** |
|---|---|
| 4.220 | |

**McCollum's Upholstery**
Nonpriority Creditor's Name
**6705 Cypress Creek Parkway, Ste. B**
Number        Street

**Houston        TX        77069**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1 **Kenneth A Lepow**                              Case number (if known) **17-36371**

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

☐ 4.221

**MDK Dental Laboratory, Inc.**
Nonpriority Creditor's Name
**2400 Central Parkway, Suite A**
Number     Street

**$43,080.71**

Last 4 digits of account number __ __ **3** **0**

When was the debt incurred? _____

**Houston**          **TX**   **77092**
City            State   ZIP Code

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

☐ 4.222

**Med Shop Plus**
Nonpriority Creditor's Name
**11585 FM 1960 West**
Number     Street

**Unknown**

Last 4 digits of account number **3** **7** **7** **3**

When was the debt incurred? _____

**Houston**          **TX**   **77065**
City            State   ZIP Code

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| Debtor 1 | **Kenneth A Lepow** | Case number (if known) | **17-36371** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

<span style="background:#cccccc">Total claim</span>

4.223

**Medical Arts Press**
Nonpriority Creditor's Name
**PO Box 37647**
Number       Street

Last 4 digits of account number      **2    5    7    4**

When was the debt incurred?      _____

**Unknown**

| Philadelphia | PA | 19101-0647 |
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Inventory Purchases**

---

4.224

**MedPro**
Nonpriority Creditor's Name
**1548 Bond Street, Suite 106**
Number       Street

Last 4 digits of account number      ___ ___ ___ ___

When was the debt incurred?      _____

**$545.00**

| Naperville | IL | 60563 |
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

Debtor 1  **Kenneth A Lepow**                                      Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

**4.225**                                                                        **$0.00**

**Metrex**
Nonpriority Creditor's Name
**28210 Wick Road**
Number       Street

**Romulus**          **MI**    **48174-2639**
City                State   ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

**4.226**                                                                        **$4,294.84**

**Metro Marketing**
Nonpriority Creditor's Name
**1518 Antoine Drive**
Number       Street

**Houston**          **TX**    **77055**
City                State   ZIP Code

Last 4 digits of account number  **9  7  5  3**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Advertising**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**                                   Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

4.227 | | Unknown

**Meyer Distributing Company**
Nonpriority Creditor's Name
**6333 Hudson Crossing Parkway**
Number     Street

**Hudson          OH    44236**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **9   3   3   7**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

---

4.228 | | Unknown

**Microcopy**
Nonpriority Creditor's Name
**3120 Moon Station Rd. NW**
Number     Street

**Kennesaw        GA    30156-9017**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **1   2   L   P**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

4.229                                                                                    **$0.00**

**Millennium Dental Technologies, Inc.**
Nonpriority Creditor's Name
**10945 South St**
Number        Street

**Cerritos**              **CA**    **90703**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

---

4.230                                                                                    **Unknown**

**Minuteman Press Northwest**
Nonpriority Creditor's Name
**17484 Northwest Freeway**
Number        Street

**Houston**               **TX**    **77040**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1    **Kenneth A Lepow**                     Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.231**

                                              **$1,931.56**

**Miracle Dental Lab, LLP**
Nonpriority Creditor's Name
**14611 Benfer Road**
Number     Street

Last 4 digits of account number    **6**    **1**    **4**    **0**

**When was the debt incurred?** _____

**Houston**           **TX**    **77069**
City               State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Trade Debt**

---

**4.232**

                                              **$0.00**

**Moore Supply Co**
Nonpriority Creditor's Name
**15090 Sommermeyer Suite 100**
Number     Street

Last 4 digits of account number    **9**    **2**    **9**    **6**

**When was the debt incurred?** _____

**Houston**           **TX**    **77041**
City               State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Trade Debt**

Debtor 1     **Kenneth A Lepow**_____     Case number (if known)  **17-36371**_____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.233 |
|---|

**Unknown**

**Mr. Handyman**
Nonpriority Creditor's Name
**4719 Strack Rd, Suite A**
Number      Street

_____

| **Houston** | **TX** | **77069** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

---

| 4.234 |
|---|

**Unknown**

**MTI Inc**
Nonpriority Creditor's Name
**3655 W. Ninigret Drive**
Number      Street

_____

| **Salt Lake City** | **UT** | **84104-6572** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    5  5  6  5

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

4.235

**Murry R. Novy & Co**
Nonpriority Creditor's Name
**3900 Essex Lane, Suite 540**
Number     Street

**Houston**               **TX**    **77027**
City                State   ZIP Code

Last 4 digits of account number   **1   L   L   C**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Professional Services**

4.236

**My Office Products**
Nonpriority Creditor's Name
**PO Box 306003**
Number     Street

**Nashville**             **TN**    **37230-6003**
City                State   ZIP Code

Last 4 digits of account number   **3   3   5   1**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$326.02**

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Office Supplies**

Debtor 1    **Kenneth A Lepow**                                         Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.237

$1,118.23

**NAR**
Nonpriority Creditor's Name
**3280 Pointe Parkway, Suite 3000**
Number     Street

Last 4 digits of account number    **9   9   6   7**

When was the debt incurred?

_____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Norcross**            **GA     30092**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

4.238

$360.70

**National Dentex Corp.**
Nonpriority Creditor's Name
**11601 Kew Gardens Ave, Suite 200**
Number     Street

Last 4 digits of account number    **0   2   2   8**

When was the debt incurred?

_____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Palm Beach Gardens     FL     33410**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

**4.239**                                                                                         **$165.00**

**National Elevator Inspection Services, I**    Last 4 digits of account number    **9   5   7   3**
Nonpriority Creditor's Name
**PO Box 503067**                              **When was the debt incurred?**    _____
Number      Street

                                              **As of the date you file, the claim is:** Check all that apply.
_____
                                              ☐ Contingent
**St. Louis**            **MO**   **63150-3067**   ☐ Unliquidated
City                   State   ZIP Code        ☐ Disputed
**Who incurred the debt?**   Check one.
☑ Debtor 1 only                               **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                  ☐ Student loans
☐ At least one of the debtors and another     ☐ Obligations arising out of a separation agreement or divorce
                                                  that you did not report as priority claims
☐ **Check if this claim is for a community debt**   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                              ☑ Other.  Specify
**Is the claim subject to offset?**               **Trade Debt**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.240**                                                                                         **$239.98**

**Nexus Disposal**                             Last 4 digits of account number    **7   4   8   0**
Nonpriority Creditor's Name
**PO Box 41188**                               **When was the debt incurred?**    _____
Number      Street

                                              **As of the date you file, the claim is:** Check all that apply.
_____
                                              ☐ Contingent
**Houston**              **TX**   **77241**        ☐ Unliquidated
City                   State   ZIP Code        ☐ Disputed
**Who incurred the debt?**   Check one.
☑ Debtor 1 only                               **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                  ☐ Student loans
☐ At least one of the debtors and another     ☐ Obligations arising out of a separation agreement or divorce
                                                  that you did not report as priority claims
☐ **Check if this claim is for a community debt**   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                              ☑ Other.  Specify
**Is the claim subject to offset?**               **Utilities**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Debtor 1 **Kenneth A Lepow**      Case number (if known) **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.241**

**Nobel Biocare**        **$3,590.04**
Nonpriority Creditor's Name
**22715 Savi Ranch Parkway**
Number       Street

Last 4 digits of account number   **4**   **0**   **5**   **3**

When was the debt incurred? _____

**Yorba Linda**    **CA**    **92887**
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

---

**4.242**

**Northwest Forest**        **$1,125.49**
Nonpriority Creditor's Name
**12715 Telge Road**
Number       Street

Last 4 digits of account number   **n**   **t**   **a**   **l**

When was the debt incurred? _____

**Cypress**    **TX**    **77429**
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

---

Debtor 1   **Kenneth A Lepow** _____   Case number (if known) **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.243 | | **$1,296.84** |
|---|---|---|

**Obtura Spartan**
Nonpriority Creditor's Name
**2260 Wendt Street**
Number       Street

_____

**Algonquin           IL      60102**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **7   2   0   7**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

| 4.244 | | **$0.00** |
|---|---|---|

**Office Depot**
Nonpriority Creditor's Name
**6600 N Military Trl**
Number       Street

_____

**Boca Raton         FL      33496**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Office Supplies**

Debtor 1  **Kenneth A Lepow**                                          Case number (if known)  **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.245

**Unknown**

**Omni Dental Supply**
Nonpriority Creditor's Name
**1208 Avenue M #2321**
Number       Street

_____

**Brooklyn**              **NY**   **11230**
City                      State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **0**   **0**   **5**   **0**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Inventory Purchases**

---

4.246

**$211.10**

**On Hold Marketing Works**
Nonpriority Creditor's Name
**9135 Katy Frwy, Suite 217**
Number       Street

_____

**Houston**               **TX**   **77024**
City                      State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **n**   **t**   **a**   **l**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

Debtor 1     **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

|  | **Total claim** |
|---|---|

| 4.247 | | **$1,248.50** |

**Oral and Maxillofacial Surgeons of Houst**
Nonpriority Creditor's Name
**8800 Katy Fwy, Suite 210**
Number     Street

**Houston                    TX      77024**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

| 4.248 | | **$7,108.50** |

**Oratech**
Nonpriority Creditor's Name
**10075 South Jordan Gateway**
Number     Street

**South Jordan              UT      84095**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **1   2   8   6**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

<table>
<tr><td></td><td></td><td align="right">Total claim</td></tr>
<tr><td>4.249</td><td></td><td align="right">$1,077.00</td></tr>
</table>

**Ortho Prime Dental Lab**

Nonpriority Creditor's Name
**10801 Hammerly Blvd, Ste 106**
Number       Street



**Houston**                          **TX    77043**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**  __ __ **7  8**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

---

<table>
<tr><td></td><td></td><td align="right"></td></tr>
<tr><td>4.250</td><td></td><td align="right">$111.12</td></tr>
</table>

**Ortho Technology**

Nonpriority Creditor's Name
**520 South Rock Blvd.**
Number       Street



**Reno**                              **NV    89502**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**  **3  5  2  3**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

---

Debtor 1    **Kenneth A Lepow**                                      Case number (if known)   **17-36371**

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.251 | | **$199.00** |
|---|---|---|

**Osteohealth**
Nonpriority Creditor's Name
**PO Box 9147**
Number      Street

Last 4 digits of account number    **4   1   2   7**

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Uniondale          NY    11555-9147**
City               State   ZIP Code

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

---

| 4.252 | | **$3,810.16** |
|---|---|---|

**Otis**
Nonpriority Creditor's Name
**One Farm Springs**
Number      Street

Last 4 digits of account number    **0   9   8   7**

When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Farmington          CT    06032**
City               State   ZIP Code

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

---

Debtor 1    **Kenneth A Lepow**                                     Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | |
|---|---|
| | **Total claim** |

| | |
|---|---|
| 4.253 | **Unknown** |

**Ozarka Direct**                                   Last 4 digits of account number    **6   4   3   3**
Nonpriority Creditor's Name
**#215 6661 Dixie Hwy, Suite 4**                    **When was the debt incurred?** _____
Number     Street

_____          **As of the date you file, the claim is:** Check all that apply.

_____          ☐ Contingent
                                          ☐ Unliquidated
**Louisville**          **KY**   **40258**   ☐ Disputed
City                   State  ZIP Code
**Who incurred the debt?**  Check one.      **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ☑ Other.  Specify
☐ **Check if this claim is for a community debt**      **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| | |
|---|---|
| 4.254 | **$2,591.34** |

**P&G Oral Health**                                 Last 4 digits of account number    **6   7   9   9**
Nonpriority Creditor's Name
**24808 Network Place**                             **When was the debt incurred?** _____
Number     Street

_____          **As of the date you file, the claim is:** Check all that apply.

_____          ☐ Contingent
                                          ☐ Unliquidated
**Chicago**             **IL**   **60673-1248**  ☐ Disputed
City                   State  ZIP Code
**Who incurred the debt?**  Check one.      **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ☑ Other.  Specify
☐ **Check if this claim is for a community debt**      **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                      Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

|  | **Total claim** |
|---|---|

4.255

|  |  |  |
|---|---|---|

**Pacific Edge Dental Laboratories**                    Last 4 digits of account number    **6  1  7  7**          **$370.00**
Nonpriority Creditor's Name
**1524 Lancaster Point Way**                             **When was the debt incurred?**
Number        Street

_____                     **As of the date you file, the claim is:** Check all that apply.

☐ Contingent
**San Diego**             **CA**   **92154**             ☐ Unliquidated
City                      State   ZIP Code              ☐ Disputed
**Who incurred the debt?**   Check one.
☑ Debtor 1 only                                         **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                         ☐ Student loans
☐ Debtor 1 and Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another                  that you did not report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**       ☑ Other.  Specify
**Is the claim subject to offset?**                        **Trade Debt**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

4.256

|  |  |  |
|---|---|---|

**Parker Hannifin Corporation**                         Last 4 digits of account number    **5  3  2  8**          **Unknown**
Nonpriority Creditor's Name
**245 Township Line Road**                               **When was the debt incurred?**
Number        Street

_____                     **As of the date you file, the claim is:** Check all that apply.

☐ Contingent
**Hatfield**              **PA**   **19440-0907**        ☐ Unliquidated
City                      State   ZIP Code              ☐ Disputed
**Who incurred the debt?**   Check one.
☑ Debtor 1 only                                         **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                         ☐ Student loans
☐ Debtor 1 and Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another                  that you did not report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**       ☑ Other.  Specify
**Is the claim subject to offset?**                        **Trade Debt**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                 Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.257 | | **$10,000.00** |
|---|---|---|

**Patterson Dental**
Nonpriority Creditor's Name
**Barnett & Garcia, PC**
Number        Street
**Ian A. McCarthy**

**3821 Juniper Trace, Suite 108**

**Austin**          **TX**     **78738**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

---

**Unknown**

| 4.258 | |
|---|---|

**Patterson Dental Supply**
Nonpriority Creditor's Name
**5373 West Sam Houston Pkwy North #240**
Number        Street



**Houston**          **TX**     **77041-5199**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   9   5   3   1

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

<span style="float:right">**Total claim**</span>

| 4.259 | |
|---|---|

<span style="float:right">**$1,391.53**</span>

**Paychex Inc.**
Nonpriority Creditor's Name
**11777 Katy Freeway, Suite 100**
Number       Street

**Houston                TX      77079**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Relates to Lepow Management LLC**

**Last 4 digits of account number**   **3   0   2   5**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Professional Services**

---

| 4.260 | |
|---|---|

<span style="float:right">**$76.59**</span>

**Pearson Dental Supplies, Inc.**
Nonpriority Creditor's Name
**13161 Telfair Ave**
Number       Street

**Sylmar                CA      91342-3574**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **1   8   6   4**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Inventory Purchases**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right;">**Total claim**</div>

| | |
|---|---|
| 4.261 | **Unknown** |

**Perfecto Products**
Nonpriority Creditor's Name
**1800 Marietta Blvd. NW**
Number        Street

_____

**Atlanta**                **GA**    **30318**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

| | |
|---|---|
| 4.262 | **Unknown** |

**Perfecto Products**
Nonpriority Creditor's Name
**75 5th Street NW #220**
Number        Street

_____

**Atlanta**                **GA**    **30318**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1    **Kenneth A Lepow**        Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

                                                                                           **Total claim**

**4.263**

**Personal Anesthesia Services, PA**       Last 4 digits of account number   __ __ __ __       **$1,200.00**
Nonpriority Creditor's Name
**2506 Autumn Garden Ct.**       **When was the debt incurred?**   _____
Number     Street

                                **As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kingwood**      **TX**    **77345**
City            State    ZIP Code
**Who incurred the debt?**   Check one.     **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ☑ Other. Specify
☐ **Check if this claim is for a community debt**      **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

                                                                               **$0.00**

**4.264**

**Philips**                           Last 4 digits of account number   **8**   **2**   **6**   **0**
Nonpriority Creditor's Name
**PO Box 4180**                 **When was the debt incurred?**   _____
Number     Street

                                **As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Ontario**      **CA**    **91761-1011**
City            State    ZIP Code
**Who incurred the debt?**   Check one.     **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ☑ Other. Specify
☐ **Check if this claim is for a community debt**      **Collecting for - Discus Dental**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                           Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.265 | | | $612.58 |
|---|---|---|---|

**Physician Supply Co**
Nonpriority Creditor's Name
**PO Box 7477**
Number      Street

**Pasadena**              **TX**    **77508-7477**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**        _____
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

| 4.266 | | | $0.00 |
|---|---|---|---|

**Piezosurgery Inc.**
Nonpriority Creditor's Name
**750 Communications Pkwy**
Number      Street

**Columbus**              **OH**    **43214**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**        _____
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                           Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

| 4.267 | | $211.00 |
|---|---|---|

**Pitney Bowes**
Nonpriority Creditor's Name
**2225 American Drive**
Number      Street

Last 4 digits of account number   **9   1   0   7**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Neenah**          **WI**   **54956-1005**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify   **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.268 | | $745.64 |
|---|---|---|

**Plak Smaker**
Nonpriority Creditor's Name
**2260 Wendt Street**
Number      Street

Last 4 digits of account number   **7   2   0   7**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Algonquin**          **IL**   **60102**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify   **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1 __Kenneth A Lepow__

Case number (if known) __17-36371__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.269**

$0.00

**Post Launch**
Nonpriority Creditor's Name
**1001 S. Main Street**
Number      Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Las Vegas**          **NV**    **89101**
City                State   ZIP Code

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**4.270**

$84.60

**Practicon**
Nonpriority Creditor's Name
**1112 Sugg Parkway**
Number      Street

Last 4 digits of account number   __4__ __7__ __0__ __7__

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Greenville**          **NC**    **27834**
City                State   ZIP Code

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

Debtor 1 **Kenneth A Lepow**      Case number (if known) **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td></td><td align="right">**Total claim**</td></tr>
</table>

**4.271**

**Precision Dental Sharpening**
Nonpriority Creditor's Name
**968 Sierra Street, No. 197**
Number     Street

**Kingsburg**      **CA**    **93631**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Trade Debt**

**$0.00**

---

**4.272**

**Precision Ortho Lab**
Nonpriority Creditor's Name
**700 S. Main**
Number     Street

**Euless**      **TX**    **76040**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number** _E_ _P_ _O_ _W_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Trade Debt**

**$227.30**

Debtor 1 __Kenneth A Lepow__          Case number (if known) __17-36371__

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.273 | | | $284.00 |
|---|---|---|---|

**Preferred MedSurg**          Last 4 digits of account number ___ __3__ __7__ __9__
Nonpriority Creditor's Name
**1735 12th Street**          When was the debt incurred?          _____
Number      Street

_____          **As of the date you file, the claim is:** Check all that apply.
_____          ☐ Contingent
                                          ☐ Unliquidated
**Cayce**          **SC**   **29033**          ☐ Disputed
City          State   ZIP Code

**Who incurred the debt?**   Check one.          **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only          ☐ Student loans
☐ Debtor 2 only          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**          ☑ Other.  Specify

**Is the claim subject to offset?**          **Inventory Purchases**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.274 | | | $150.00 |
|---|---|---|---|

**Premier Rewards**          Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**2922 Deer Hollow**          When was the debt incurred?          _____
Number      Street

_____          **As of the date you file, the claim is:** Check all that apply.
_____          ☐ Contingent
                                          ☐ Unliquidated
**Kingwood**          **TX**   **77345**          ☐ Disputed
City          State   ZIP Code

**Who incurred the debt?**   Check one.          **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only          ☐ Student loans
☐ Debtor 2 only          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**          ☑ Other.  Specify

**Is the claim subject to offset?**          **Trade Debt**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.275 | | $314.65 |
|---|---|---|

**Premium Plus Dental Supplies Inc**
Nonpriority Creditor's Name
**155 Liberty Ave**
Number       Street

**Brooklyn**              **NY**    **11212-8010**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    P   O   W   K
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Inventory Purchases**

| 4.276 | | $322.44 |
|---|---|---|

**Professional Communications Messaging Se**
Nonpriority Creditor's Name
**105 Poplar Street**
Number       Street

**Erie**                 **PA**    **16507**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    6   9   1   2
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

| Debtor 1 | **Kenneth A Lepow** | Case number (if known) | **17-36371** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

4.277

| | | |
| --- | --- | --- |
| **Professional Dental Arts Laboratory Inc.** | Last 4 digits of account number | E  P  O  W | **$5,790.25** |
| Nonpriority Creditor's Name | | |
| **3204 N Academy Blvd Ste 300** | **When was the debt incurred?** | |
| Number      Street | | |

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Colorado Springs** | **CO** | **80917** |
| City | State | ZIP Code |

**Type of NONPRIORITY unsecured claim:**

**Who incurred the debt?**  Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

4.278

| | | | |
| --- | --- | --- | --- |
| **Professional Janitorial Service of Houst** | Last 4 digits of account number | 1  7  6  5 | **$445.84** |
| Nonpriority Creditor's Name | | |
| **2303 Nance Street** | **When was the debt incurred?** | |
| Number      Street | | |

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Houston** | **TX** | **77020** |
| City | State | ZIP Code |

**Type of NONPRIORITY unsecured claim:**

**Who incurred the debt?**  Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Trade Debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**          Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.279**
                                          **$993.44**

**Proforma Creative Promotions**
Nonpriority Creditor's Name
**522 Whispering Meadow**
Number     Street

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Magnolia**       **TX**    **77355**
City                State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Advertising**

**4.280**
                                          **$1,312.80**

**Progressive**
Nonpriority Creditor's Name
**PO Box 650201**
Number     Street

Last 4 digits of account number    **3**   **8**   **5**   **9**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**       **TX**    **75265-0201**
City                State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Insurance**

Debtor 1  **Kenneth A Lepow** _____  Case number (if known) __17-36371__

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.281 | | $1,176.11 |

**Progressive County Mutual Ins. Co**
Nonpriority Creditor's Name
**6300 Wilson Mills Road**
Number     Street

_____

_____

**Mayfied Village        OH    44143**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    3    8    5    9
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Insurance**

| 4.282 | | $767.25 |

**Puget Sound Instrument**
Nonpriority Creditor's Name
**5007 Pacific Highway E. Suite 5**
Number     Street

_____

_____

**Tacoma                WA    98424**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    ___ ___ ___ ___
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

Debtor 1   **Kenneth A Lepow**             Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
| --- | --- |

**4.283**

|  | **$7,231.05** |
| --- | --- |

**PuraGraft**
Nonpriority Creditor's Name
**900 Rockmead Drive, Suite 142**
Number     Street

**Kingwood**        **TX**    **77339**
City            State   ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **2**   **0**   **2**   **8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

---

**4.284**

|  | **$59.71** |
| --- | --- |

**Ready Refresh**
Nonpriority Creditor's Name
**6661 Dixie Hwy, Suite 4**
Number     Street

**Louisville**        **KY**    **40258**
City            State   ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **6**   **4**   **3**   **3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Inventory Purchases**

Debtor 1  **Kenneth A Lepow**                                      Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.285**

**$105.68**

**Reliance Orthodontic Products, Inc.**
Nonpriority Creditor's Name
**PO Box 678**
Number      Street

Last 4 digits of account number    **P   0   6   4**

When was the debt incurred?

**Itasca**                **IL      60143**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

**4.286**

**$109.95**

**Rely Aid**
Nonpriority Creditor's Name
**879 F Street #120**
Number      Street

Last 4 digits of account number    **5   1   6   9**

When was the debt incurred?

**West Sacramento      CA      95605**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Inventory Purchases**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1  **Kenneth A Lepow**                                      Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.287**

|  | **$1,020.00** |
|---|---|

**Rolling Fork Owners Committee, Inc.**
Nonpriority Creditor's Name
**PO Box 40815**
Number       Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**Houston**              **TX**    **77240-0815**
City                      State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Advertising**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.288**

|  | **Unknown** |
|---|---|

**Roth International**
Nonpriority Creditor's Name
**669 West Ohio Street**
Number       Street

Last 4 digits of account number   **e   a   h   o**

When was the debt incurred?  _____

**Chicago**              **IL**    **60654-5516**
City                      State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Inventory Purchases**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1     **Kenneth A Lepow**                                      Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.289**

| | **$589.13** |
|---|---|

**Safeco Insurance**
Nonpriority Creditor's Name
**10777 Westheimer Rd, Suite 335**
Number     Street

**Houston**          **TX**    **77042-3422**
City               State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **0   9   3   8**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Insurance**

**4.290**

| | **$0.00** |
|---|---|

**Salvin Dental Specialties, Inc.**
Nonpriority Creditor's Name
**3450 Latrobe Drive**
Number     Street

**Charlotte**        **NC**    **28211**
City               State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **9   6   0   5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

Debtor 1 **Kenneth A Lepow**        Case number (if known) **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.291**                        **$0.00**

**Sam's Club**
Nonpriority Creditor's Name
**PO Box 659783**
Number   Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**San Antonio**   **TX**   **78265-9783**
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Inventory Purchases**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.292**                        **$223.88**

**Saylor Safe & Lock Inc.**
Nonpriority Creditor's Name
**11035 Cypress N. Houston**
Number   Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**Houston**   **TX**   **77065**
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**                                           Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.293**

**Schlanger, Silver, Barg & Paine, LLP**
Nonpriority Creditor's Name
**109 North Post Oak Lane, Suite300**
Number      Street

_____

**Houston**                    **TX    77024**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Professional Services**

**Unknown**

---

**4.294**

**Schwaab**
Nonpriority Creditor's Name
**PO Box 26069**
Number     Street
**Milwaukee, WI 53226-00++**

_____

City                        State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **3   4   6   8**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Office Supplies**

**$77.50**

  
Debtor 1 __Kenneth A Lepow_____   Case number (if known) __17-36371__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

|  |
|---|
| **Total claim** |

**4.295**

$27,955.70

**Scott Patton PC**
Nonpriority Creditor's Name
**3939 Washington Avenue, Suite 203**
Number       Street

_____

**Houston                          TX       77007**
City                                      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Attorney Fees**

**4.296**

$0.00

**Select Medical Products**
Nonpriority Creditor's Name
**5603 Campbell Road**
Number       Street

_____

**Houston                          TX       77041**
City                                      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Inventory Purchases**

Debtor 1   **Kenneth A Lepow**                                         Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                                                                           **Total claim**

| 4.297 |

                                                                                           **$671.15**

**Sign Systems**
Nonpriority Creditor's Name
**5702 W. 34th, Suite A**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**    **77092**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

| 4.298 |

                                                                                           **$866.00**

**Signworx LLC**
Nonpriority Creditor's Name
**2022 Pech Road**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**    **77055**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Advertising**

Debtor 1 **Kenneth A Lepow**                     Case number (if known) **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.299**                                                                        **$262.13**

**Smile Makers**
Nonpriority Creditor's Name
**PO Box 2543**
Number      Street

**Spartanburg        SC    29304-3543**
City                      State    ZIP Code
**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **9   9   1   9**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Trade Debt**

**4.300**                                                                        **Unknown**

**Sonitrol**
Nonpriority Creditor's Name
**6699 Portwest Drive, Suite 100**
Number      Street

**Houston        TX    77024**
City                      State    ZIP Code
**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Last 4 digits of account number   ___ ___ ___ ___
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Utilities**

Debtor 1 __Kenneth A Lepow_____    Case number (if known) __17-36371__

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.301**                                                                                                          **$7,483.09**

__Southern Anesthesia & Surgical, Inc.__          Last 4 digits of account number    __1__  __3__  __6__  __7__
Nonpriority Creditor's Name
__One Southern Court__                             **When was the debt incurred?**    _____
Number       Street

                                                   **As of the date you file, the claim is:** Check all that apply.
_____                   ☐ Contingent
                                                   ☐ Unliquidated
__West Columbia__      __SC__   __29169__           ☐ Disputed
City               State   ZIP Code
**Who incurred the debt?**   Check one.            **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                    ☐ Student loans
☐ Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☑ Other.  Specify
☐ **Check if this claim is for a community debt**     **Inventory Purchases**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**4.302**                                                                                                          **$2,106.46**

__Southwest Solutions Group, Inc.__               Last 4 digits of account number    ___ ___ ___ ___
Nonpriority Creditor's Name
__4355 Excel Parkway, Sutie 300__                  **When was the debt incurred?**    _____
Number       Street

                                                   **As of the date you file, the claim is:** Check all that apply.
_____                   ☐ Contingent
                                                   ☐ Unliquidated
__Addison__            __TX__   __75001__           ☐ Disputed
City               State   ZIP Code
**Who incurred the debt?**   Check one.            **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                    ☐ Student loans
☐ Debtor 2 only                                    ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                          that you did not report as priority claims
☐ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☑ Other.  Specify
☐ **Check if this claim is for a community debt**     **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1   **Kenneth A Lepow**          Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.303**

| | | |
|---|---|---|
| **Southwest Wilson Radiographic** | Last 4 digits of account number    **2**   **0**   **5**   **6** | **$165.00** |

Nonpriority Creditor's Name
**Centers of Houston, Inc.**

**When was the debt incurred?** _____

Number      Street
**8313 Southwest Fwy #230**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**       **TX**     **77074**
City             State     ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

**4.304**

| | | |
|---|---|---|
| **Specialized Collection Systems, Inc.** | Last 4 digits of account number    **2**   **4**   **9**   **8** | **$840.00** |

Nonpriority Creditor's Name
**PO Box 441508**

**When was the debt incurred?** _____

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**       **TX**     **77244-1508**
City             State     ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                      Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.305**                                                                                                            **$3,692.03**

**Spring Branch ISD**                         Last 4 digits of account number    **8   6   8   5**
Nonpriority Creditor's Name
**Tax Assessor Collector**                    **When was the debt incurred?**
Number       Street
**P.O. Box 19037**                            **As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
**Houston**              **TX**    **77224-9037**    ☐ Disputed
City                    State   ZIP Code
**Who incurred the debt?**   Check one.          **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ☑ Other.  Specify
☐ **Check if this claim is for a community debt**    **Property Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**4.306**                                                                                                            **$67.00**

**Stradis Healthcare**                        Last 4 digits of account number    **E   P   O   W**
Nonpriority Creditor's Name
**805 Marathon Parkway, Suite 100**            **When was the debt incurred?**
Number       Street
                                              **As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
**Lawrenceville**        **GA**    **30046**         ☐ Disputed
City                    State   ZIP Code
**Who incurred the debt?**   Check one.          **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☐ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ☑ Other.  Specify
☐ **Check if this claim is for a community debt**    **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow** _____    Case number (if known) **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

**4.307**

| | | $773.34 |

**Straine Consulting**
Nonpriority Creditor's Name
**838 University Ave**
Number      Street

_____

**Sacramento            CA      95825**
City                         State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    e    p    o    w

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Professional Services**

---

**4.308**

| | | $7,453.88 |

**Straumann USA, LLC**
Nonpriority Creditor's Name
**60 Minuteman Rd**
Number      Street

_____

**Andover                MA      01810**
City                         State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**    9    8    6    2

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Inventory Purchases**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.309                                                                                   **$1,652.47**

**Stryker Instruments**
Nonpriority Creditor's Name
**4100 East Milham Ave**
Number     Street

_____

| **Kalamazoo** | **MI** | **49002** |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number   **0   6   9   6**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Trade Debt**

**Related to Kenneth A. Lepow, DDS, Inc.**

4.310                                                                                   **Unknown**

**Susan J. Gallagher**
Nonpriority Creditor's Name
**9107 Restover Lane**
Number     Street

_____

| **Houston** | **TX** | **77064** |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow** _____    Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.311**

| | | |
|---|---|---|
| | | **$624.33** |

**Sutter House Printing & Mailing Service**
Nonpriority Creditor's Name
**14760 Memorial Drive, Suite 303**
Number      Street

_____

_____

| **Houston** | **TX** | **77079** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    e    p    o    w

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

**4.312**

| | | |
|---|---|---|
| | | **$595.36** |

**Swiftpage Act! LLC**
Nonpriority Creditor's Name
**621 17th Street, Suite 500**
Number      Street

_____

_____

| **Denver** | **CO** | **80293** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    2    7    4    8

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

Debtor 1    **Kenneth A Lepow**          Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.313**

| | | **$3,346.48** |
|---|---|---|

**Sybron Endo**
Nonpriority Creditor's Name
**1717 West Collins Ave**
Number    Street

**Orange**        **CA**    **92867**
City         State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **0**   **6**   **9**   **7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Trade Debt**

---

**4.314**

| | | **$0.00** |
|---|---|---|

**Texas Department of Licensing and Regula**
Nonpriority Creditor's Name
**PO Box 12157**
Number    Street

**Austin**        **TX**    **78711**
City         State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **3**   **1**   **1**   **2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Trade Debt**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

|  |
|---|
| **Total claim** |

| 4.315 |
|---|

**Texas First Bank**                                    Last 4 digits of account number    **8    5    6    1**

**$2,400,000.00**

Nonpriority Creditor's Name
**2343 N Main St, Suite B**                            **When was the debt incurred?**    _____

Number        Street

                                                      **As of the date you file, the claim is:** Check all that apply.

                                                      ☐ Contingent
                                                      ☐ Unliquidated
**Pearland**                **TX      77581**          ☐ Disputed

City                        State    ZIP Code
**Who incurred the debt?**    Check one.               **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                        ☐ Student loans
☐ Debtor 2 only                                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                              that you did not report as priority claims
☑ At least one of the debtors and another              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ☑ Other.  Specify
☐ **Check if this claim is for a community debt**         **Loan**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to KAL Enterprises, LLC of which Debtor is General Partner**

| 4.316 |
|---|

                                                                                                      **$319.34**

**Texas Power Plumbing Inc.**                          Last 4 digits of account number    ___ ___ ___ ___

Nonpriority Creditor's Name
**24805 Wayne Rd.**                                    **When was the debt incurred?**    _____

Number        Street

                                                      **As of the date you file, the claim is:** Check all that apply.

                                                      ☐ Contingent
                                                      ☐ Unliquidated
**Porter**                  **TX      77365**          ☐ Disputed

City                        State    ZIP Code
**Who incurred the debt?**    Check one.               **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                        ☐ Student loans
☐ Debtor 2 only                                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                              that you did not report as priority claims
☐ At least one of the debtors and another              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ☑ Other.  Specify
☐ **Check if this claim is for a community debt**         **Trade Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1 __Kenneth A Lepow_____     Case number (if known) __17-36371__

| | | |
|---|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** | |

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

| 4.317 | | $1,344.00 |

**Texas Workforce Commission**
Nonpriority Creditor's Name
**Office of the Attorney General**
Number        Street
**Bankruptcy & CO**

**PO Box 12548, MC-008**

**Austin**                    **TX      78711**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number     7    0    3    5**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Claim 17-056547-9**

| 4.318 | | $1,679.46 |

**The Argen Corporation**
Nonpriority Creditor's Name
**5855 Oberlin Drive**
Number        Street



**San Diego**                 **CA      92121-4718**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number     5    1    4    4**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Trade Debt**

Debtor 1  **Kenneth A Lepow** _____  Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.319**

**The Grove Restaurant**
Nonpriority Creditor's Name
**1611 Lamar Street**
Number      Street

_____

_____

**Houston              TX     77010**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Unknown**

---

**4.320**

**The Hanover Insurance Co**
Nonpriority Creditor's Name
**440 Lincoln Street**
Number      Street
**PO Box 15063**

_____

**Worcester           MA     01615-0063**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  **6   6   8   6**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Unknown**

Debtor 1   **Kenneth A Lepow** _____   Case number (if known) **17-36371** _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.321 | | **$0.00** |
|---|---|---|

**The New York Times**
Nonpriority Creditor's Name
**PO Box 371456**
Number        Street

_____

**Pittsburge**          **PA**      **15250-7456**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **6**   **1**   **8**   **6**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

| 4.322 | | **Unknown** |
|---|---|---|

**The Scharfman Law Firm, PLLC**
Nonpriority Creditor's Name
**3120 Southwest Freeway, Suite 450**
Number        Street

_____

**Houston**          **TX**      **77098**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Professional Services**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
| --- | --- |

**4.323**

| | | |
| --- | --- | --- |
| **Third Coast Dental Laboratory, LLC** | | **$22,033.80** |

**Third Coast Dental Laboratory, LLC**
Nonpriority Creditor's Name
**21510 Kingsland Blvd., Suite 103**
Number     Street

_____

| **Katy** | **TX** | **77450** |
| --- | --- | --- |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

---

**4.324**

| | **Unknown** |
| --- | --- |

**Thommen Medical USA**
Nonpriority Creditor's Name
**1375 Euclid Avenue, Suite 450**
Number     Street

_____

| **Cleveland** | **OH** | **44115** |
| --- | --- | --- |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**  **9  4  5  2**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

4.325

**Tickets to Go**                                                     **$1,332.00**
Nonpriority Creditor's Name
**3441 CR 89**
Number      Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**Pearland          TX      77584**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

4.326

**Tim Brune**                                                        **$8,000.00**
Nonpriority Creditor's Name
**800 Bering, Suite 204**
Number      Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**Houston            TX      77057**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)    **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td></td><td align="right">Total claim</td></tr>
</table>

**4.327**

**TonerTech, Inc.**
Nonpriority Creditor's Name
**PO Boxn 22904**
Number        Street

**$0.00**

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                TX    77227-2904**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Office Supplies**

**Related to Kenneth A. Lepow DDS, Inc.**

**4.328**

**Top Golf**
Nonpriority Creditor's Name
**560 Spring Park Blvd.**
Number        Street

**Unknown**

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring                TX    77373**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

4.329

**$1,046.66**

**Top Service Audio & Video**
Nonpriority Creditor's Name
**20319 Sabal Palms Drive**
Number    Street

**Katy**                        **TX    77449**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

4.330

**$83.70**

**TP Orthodontics, Inc.**
Nonpriority Creditor's Name
**100 Center Plaza**
Number    Street

**La Porte**                    **IN    46350-9672**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number  **9  0  0  1**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1 __Kenneth A Lepow_____   Case number (if known) __17-36371__

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

|  |  |
|---|---|
|  | **Total claim** |

| 4.331 | | **$173.25** |
|---|---|---|

**Travelers Insurance Company**
Nonpriority Creditor's Name
**PO Box 660307**
Number       Street

_____

**Dallas**                    **TX**      **75266**
City                          State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Insurance**

| 4.332 | | **$1,550.00** |
|---|---|---|

**Traveling Photo Booth**
Nonpriority Creditor's Name
**PO Box 772103**
Number       Street

_____

**Houston**                  **TX**      **77215**
City                          State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

---

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.333**

**Tx Tag**                                              Last 4 digits of account number   **7   0   6   0**
Nonpriority Creditor's Name
**PO Box 650749**                                       When was the debt incurred?   _____
Number      Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**              **TX**    **75265-0749**
City              State   ZIP Code        Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.
☑ Debtor 1 only                                         ☐ Student loans
☐ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                               that you did not report as priority claims
☐ At least one of the debtors and another               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☑ Other.  Specify
☐ **Check if this claim is for a community debt**          **Business Related**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Unknown**

---

**4.334**

**Txtreme LLC**                                         Last 4 digits of account number   **5   0   3   1**
Nonpriority Creditor's Name
**900 Rockmead Drive, Suite 240**                       When was the debt incurred?   _____
Number      Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kingwood**            **TX**    **77339**
City              State   ZIP Code        Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.
☑ Debtor 1 only                                         ☐ Student loans
☐ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                               that you did not report as priority claims
☐ At least one of the debtors and another               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☑ Other.  Specify
☐ **Check if this claim is for a community debt**          **Advertising**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**$500.00**

---

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

|  | **Total claim** |
|---|---|

**4.335**

|  | **$483.51** |
|---|---|

**TXU Energy**
Nonpriority Creditor's Name
**P.O. Box 650700**
Number      Street

_____

**Dallas**              **TX**     **75265-0700**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**     **0   5   3   9**

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Utilities**

**4.336**

|  | **$0.00** |
|---|---|

**Tyson Steele Associates**
Nonpriority Creditor's Name
**425 West 3rd Ave**
Number      Street

_____

**Eugene**              **OR**     **97401**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**     ___ ___ ___ ___

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1     **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.337

**Unknown**

**Ultimate Dental**                                     Last 4 digits of account number  **5   5   0   0**
Nonpriority Creditor's Name
**2099 Hillshire Circle**                               **When was the debt incurred?**  _____
Number       Street
                                                        **As of the date you file, the claim is:** Check all that apply.
                                                        ☐ Contingent
                                                        ☐ Unliquidated
**Memphis**              **TN**     **38133**           ☐ Disputed
City                     State    ZIP Code
**Who incurred the debt?**     Check one.               **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                         ☐ Student loans
☐ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                that you did not report as priority claims
☐ At least one of the debtors and another               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**       ☑ Other.  Specify
                                                        **Inventory Purchases**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

4.338                                                                                         **$3,787.22**

**Ultradent Products, Inc.**                            Last 4 digits of account number  **0   4   7   5**
Nonpriority Creditor's Name
**PO Box 952648**                                       **When was the debt incurred?**  _____
Number       Street
                                                        **As of the date you file, the claim is:** Check all that apply.
                                                        ☐ Contingent
                                                        ☐ Unliquidated
**St. Louis**            **MO**     **63195-2648**      ☐ Disputed
City                     State    ZIP Code
**Who incurred the debt?**     Check one.               **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                         ☐ Student loans
☐ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                                that you did not report as priority claims
☐ At least one of the debtors and another               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**       ☑ Other.  Specify
                                                        **Inventory Purchases**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.339 | | | **$375.17** |

**United Rentals**            Last 4 digits of account number    **3   6   9   9**
Nonpriority Creditor's Name
**17138 US Hwy 290**          When was the debt incurred?        _____
Number      Street

                             As of the date you file, the claim is: Check all that apply.
_____

                             ☐ Contingent
                             ☐ Unliquidated
**Houston**      **TX**   **77040-0111**    ☐ Disputed
City          State    ZIP Code
**Who incurred the debt?**   Check one.    **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                    ☐ Student loans
☐ Debtor 2 only                    ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only         that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
                                **Trade Debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.340 | | | **Unknown** |

**US Department of Labor**    Last 4 digits of account number    **6   2   4   1**
Nonpriority Creditor's Name
**Federal Building, Room 900**   When was the debt incurred?       _____
Number      Street
**525 S. Griffin Street**
                             As of the date you file, the claim is: Check all that apply.
_____

                             ☐ Contingent
                             ☐ Unliquidated
**Dallas**      **TX**   **75202-5025**    ☑ Disputed
City          State    ZIP Code
**Who incurred the debt?**   Check one.    **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                    ☐ Student loans
☐ Debtor 2 only                    ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only         that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
                                **Employee 401K Plan**
**Is the claim subject to offset?**

☑ No
☐ Yes

**Related to Jonathan Lepow**

Debtor 1 __Kenneth A Lepow_____     Case number (if known) __17-36371__

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

4.341

| | | |
|---|---|---|
| **US Department of the Treasury** | Last 4 digits of account number ___0___ ___2___ ___9___ ___B___ | **$892,059.25** |

Nonpriority Creditor's Name
**Bureau of the Fiscal Service**
Number       Street
**PO BOX 830794**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Birmingham**          **AL**    **35283-0794**
City                         State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Taxes**

**Related to Kenneth A. Lepow DDS, Inc.**

4.342

| | | |
|---|---|---|
| **US Lawns** | Last 4 digits of account number   ___ ___ ___ ___ | **$34.51** |

Nonpriority Creditor's Name
**6106 Theall Rd**
Number       Street

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**    **77066**
City                         State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                     Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|
| 4.343 | **$0.00** |

**US Legal Support Inc.**
Nonpriority Creditor's Name
**363 N. Sam Houston Parkway E, Suite 1200**
Number     Street



**Houston                    TX     77060**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

| | |
|---|---|
| 4.344 | **$0.00** |

**US Small Business Administration**
Nonpriority Creditor's Name
**409 3rd St., SW**
Number     Street



**Washington                DC     20416**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Loan**

**Related to KAL Enterprises, LLC of which Kenneth A. Lepow, DDS, Inc. is General Partner**

| Debtor 1 | **Kenneth A Lepow** | Case number (if known) | **17-36371** |
|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.345**

**UT School of Dentistry at Houston**
Nonpriority Creditor's Name
**7500 Cambridge, Ste 5371-2**
Number        Street

**Houston            TX      77054-2008**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **0  0  0  2**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

**$145.00**

**4.346**

**Utah Valley Dental Lab**
Nonpriority Creditor's Name
**36 S. 300 East**
Number        Street

**Provo              UT      84606**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **W  K  E  N**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

**Unknown**

Debtor 1    **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.347 | | **Unknown** |

**VeriFone**
Nonpriority Creditor's Name
**4400 Commerce Crossings Drive, Suite 7**
Number    Street

**Louisville          KY      40229**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **3   7   0   9**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

| 4.348 | | **$1,372.68** |

**VoiceLink Communications**
Nonpriority Creditor's Name
**1934 West Gray #340**
Number    Street

**Houston             TX      77019**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

Last 4 digits of account number   **3   8   6   4**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Trade Debt**

Debtor 1 **Kenneth A Lepow**             Case number (if known) **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.349**

**W&H Impex Inc.**
Nonpriority Creditor's Name
**6490 Hawthorne Drive**
Number          Street
**Windsor, ON**

**N8T 1O9, CANADA**

City                    State    ZIP Code
**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **1   5   6   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**Unknown**

---

**4.350**

**Wasserman Medical Publishers**
Nonpriority Creditor's Name
**1637 N Van Buren Street**
Number          Street
**PO Box 510949**

**Milwaukee**          **WI    53203**
City                    State    ZIP Code
**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

**$0.00**

---

Debtor 1  **Kenneth A Lepow**                                                    Case number (if known)  **17-36371**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

|  | **Total claim** |
|---|---|

| 4.351 |  |  |
|---|---|---|

| **Waste Management** | Last 4 digits of account number    **0**   **1**   **1**   **3** | **$422.20** |
|---|---|---|

Nonpriority Creditor's Name
**2625 W. Grandview Road**
Number    Street

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Phoenix**      **AZ**    **85023**
City      State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Utilities**

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.352 |  |  |
|---|---|---|

| **Wayne L. Dorris, Ph.D.** | Last 4 digits of account number    **e**   **p**   **o**   **w** | **$4,175.50** |
|---|---|---|

Nonpriority Creditor's Name
**People-People**
Number    Street
**3 Boulevard Green**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bellaire**      **TX**    **77401-4621**
City      State    ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Professional Services**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                                     Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

| 4.353 | | $0.00 |
|---|---|---|

**Webco Dental Supplies & Equipment**
Nonpriority Creditor's Name
**9914 State Road 52**
Number        Street

**Hudson**                 **FL**        **34669**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **2    6    I    N**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Inventory Purchases**

| 4.354 | | $1,229.28 |
|---|---|---|

**Welcome Wagon**
Nonpriority Creditor's Name
**5830 Coral Ridge Drive, Ste. 240**
Number        Street

**Coral Springs**              **FL**        **33076**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **1    8    5    5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Trade Debt**

Debtor 1    **Kenneth A Lepow**        Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.355 | | **$0.00** |
|---|---|---|

**Wells Fargo Bank**
Nonpriority Creditor's Name
**420 Montgomery St**
Number     Street

**San Francisco**     **CA**    **94108**
City         State   ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Notice Only**

**Related to KAL Enterprises, LLC of which Kenneth A. Lepow, DDS, Inc. is General Partner**

| 4.356 | | **$3,506.41** |
|---|---|---|

**West Harris County MUD #11**
Nonpriority Creditor's Name
**Avik Bonnerjee**
Number     Street
**13333 Northwest Freeway, Suite 505**

**Houston**     **TX**    **77040**
City         State   ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    **2016-2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Property Taxes**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

**4.357**

<div style="text-align:right">**$40.48**</div>

**West Harris County MUD #11**
Nonpriority Creditor's Name
**PO Box 173**
Number       Street
**Dept. 55023**

**Houston            TX      77001-0173**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number   **6   7   0   0**
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Utilities**

**4.358**

<div style="text-align:right">**$0.00**</div>

**Westin Galleria**
Nonpriority Creditor's Name
**5060 W Alabama St**
Number       Street

**Houston            TX      77056**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Hotel after Harvey related flooding**

Last 4 digits of account number   ___ ___ ___ ___
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Hotel**

Debtor 1 __Kenneth A Lepow_____   Case number (if known) __17-36371__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

**After listing any entries on this page, number them sequentially from the previous page.**

| Total claim |

4.359

$513.19

**Willie's Catering**
Nonpriority Creditor's Name
**10627 Tower Oaks Blvd**
Number       Street

**Houston                          TX      77070**
City                           State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Trade Debt**

4.360

$418.00

**Wilson Radiographic Centers of Houston**
Nonpriority Creditor's Name
**12345 Jones Road, No. 175**
Number       Street

**Houston                          TX      77070**
City                           State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Inventory Purchases**

Debtor 1     **Kenneth A Lepow**                                                    Case number (if known)    **17-36371**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.361 | | **$96.00** |
|---|---|---|

**Woodland Hills Pharmacy**
Nonpriority Creditor's Name
**20631 Ventura Blvd. #305**
Number       Street

**Woodland Hills        CA    91364**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Trade Debt**

| 4.362 | | **$269.09** |
|---|---|---|

**Xemax Surgical Products Inc.**
Nonpriority Creditor's Name
**712 California Blvd.**
Number       Street

**Napa            CA    94559**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    1  1  4  5

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Inventory Purchases**

Debtor 1  **Kenneth A Lepow**                                    Case number (if known)  **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.363 | | **$506.61** |

**Xerox Corp**
Nonpriority Creditor's Name
**PO Box 7405**
Number       Street

Last 4 digits of account number   **3   9   2   7**

When was the debt incurred?   _____

**Pasadena**            **CA**   **91109-7405**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

| 4.364 | | **$652.62** |

**Xfinity**
Nonpriority Creditor's Name
**9602 S 300 W Ste A**
Number       Street

Last 4 digits of account number   **9   3   3   7**

When was the debt incurred?   _____

**Sandy**            **UT**   **84070-3301**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Utilities**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.365**

| | | **$1,110.95** |
|---|---|---|

**Xpress Business Products**
Nonpriority Creditor's Name
**PO Box 430906**
Number     Street


**Houston**         **TX**    **77243**
City               State    ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow, DDS, Inc.**

**Last 4 digits of account number**    **4**   **4**   **1**   **7**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Trade Debt**

---

**4.366**

| | | **$5,000.00** |
|---|---|---|

**Zafar Amin**
Nonpriority Creditor's Name
**1238 Newport Shore Drive**
Number     Street


**Houston**         **TX**    **77065**
City               State    ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**    **e**   **p**   **o**   **w**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Trade Debt**

Debtor 1    **Kenneth A Lepow**            Case number (if known)   **17-36371**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

                                                            **Total claim**

**4.367**
                                                                 **$0.00**

**Zahn Dental Co**
Nonpriority Creditor's Name
**135 Duryea Rd**
Number      Street

Last 4 digits of account number    **7**   **2**   **5**   **8**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Melville**         **NY**    **11747-3824**
City             State    ZIP Code

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

                                                                **Unknown**

**4.368**

**Zest Anchors**
Nonpriority Creditor's Name
**2061 Wineridge Place**
Number      Street

Last 4 digits of account number    **0**   **7**   **7**   **8**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Escondido**         **CA**    **92029**
City             State    ZIP Code

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Trade Debt**

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1 __Kenneth A Lepow__                                    Case number (if known) __17-36371__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| 4.369 | | Total claim |
|---|---|---|

**Zeza Inc.**
Nonpriority Creditor's Name
**4081 SW 47th Ave, Suite 8**
Number        Street

_____

_____

| **Davie** | **FL** | **33314** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    7    4    5    7

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
       **Trade Debt**

**Unknown**

---

| 4.370 | | $387.99 |
|---|---|---|

**Zila, Inc.**
Nonpriority Creditor's Name
**701 Centre Ave**
Number        Street

_____

_____

| **Fort Collins** | **CO** | **80526** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Related to Kenneth A. Lepow DDS, Inc.**

Last 4 digits of account number    0    0    0    1

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
       **Trade Debt**

Debtor 1      **Kenneth A Lepow**                                    Case number (if known)   **17-36371**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

4.371

$624.39

**Zimmer Dental**
Nonpriority Creditor's Name
**1900 Ashton Ave.**
Number        Street

_____

**Carlsbad               CA      92008**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Related to Kenneth A. Lepow DDS, Inc.**

**Last 4 digits of account number**   **0   9   9   9**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Trade Debt**

Debtor 1   **Kenneth A Lepow**                                             Case number (if known)   **17-36371**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Airgas USA, LLC**
Name
**9607 Knight Rd**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Houston**          **TX**    **77045-1209**
City                State    ZIP Code
**Related to Kenneth A. Lepow, DDS, Inc.**

**Align Techology, Inc.**
Name
**PO Box 742531**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.14** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Los Angeles**       **CA**    **90074-2531**
City                State    ZIP Code

**American General Life Companies**
Name
**PO Box 4077**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Houston**          **TX**    **77210-4077**
City                State    ZIP Code

**American Recovery Services, Inc.**
Name
**555 Saint Charles Drive, Suite 100**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **8  3  9  1**

**Thousand Oaks**     **CA**    **91360**
City                State    ZIP Code

**Andrew Baka**
Name
**Special Assistant US Attorney**
Number       Street
**4300 Amon Carter Blvd., Suite 114**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.344** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Fort Worth**        **TX**    **76155**
City                State    ZIP Code
**Related to Kenneth A. Lepow, DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                                Case number (if known)   **17-36371**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Avadanian & Associates, LLC**
Name
**281 Young Harris St., Ste D**
Number       Street
**PMB 273**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.11** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Blairsville**          **GA**    **30512-3776**
City                State     ZIP Code

Last 4 digits of account number    **0   2   1   A**

**Related to Kenneth A. Lepow, DDS, Inc.**

---

**B&A Municipal Tax Service, LLC**
Name
**13333 Northwest Freeway, Suite 505**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.357** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston**          **TX**    **77040**
City                State     ZIP Code

Last 4 digits of account number    **0   0   0   1**

**Relates to Lepow Management**

---

**B&A Municipal Tax Service, LLC**
Name
**13333 Northwest Freeway, Suite 505**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.356** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston**          **TX**    **77040**
City                State     ZIP Code

Last 4 digits of account number    **0   0   0   1**

**Relates to Lepow Management**

---

**Benjamin & Williams Credit Investigators**
Name
**5485 Expressway Drive N**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.360** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Holtsville**          **NY**    **11742**
City                State     ZIP Code

Last 4 digits of account number    **4   8   0   3**

**Related to Kenneth A. Lepow, DDS, Inc.**

---

**Billy (Bill) Max Hammer, Receiver**
Name
**P.O. Box 8587**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.176** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Round Rock**          **TX**    **78683**
City                State     ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

**Related to Kenneth A. Lepow, DDS, Inc.**

---

**Burkhart Dental Supply**
Name
**15031 Woodham Drive, No. 300**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.52** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston**          **TX**    **77073**
City                State     ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor 1  **Kenneth A Lepow**  Case number (if known) **17-36371**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Caine & Weiner**
Name
**4101 McEwen Road**
Number     Street

**Dallas**              **TX**    **75244**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.281** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **9**  **1**  **5**  **3**

---

**Credit Collection Services**
Name
**725 Canton Street**
Number     Street

**Norwood**            **MA**    **02062**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.331** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **9**  **7**  **3**  **5**

---

**Credit Mediators Inc.**
Name
**PO Box 456**
Number     Street

**Upper Darby**        **PA**    **19082**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **6**  **6**  **4**  **8**

---

**CRF Solutions**
Name
**PO Box 1389**
Number     Street

**Simi Valley**        **CA**    **93062**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.238** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **6**  **9**  **5**  **2**

---

**CT**
Name
**Attn: Associate GC and Wolters Kluwer**
Number     Street
**2700 Lake Cook Rd**

**Riverwoods**         **IL**    **60015**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.82** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __  __  __  __

---

**Debt Alert**
Name
**4836 Brecksville Rd**
Number     Street
**PO Box 498**

**Richfield**          **OH**    **44286**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.264** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **3**  **4**  **4**  **1**

Debtor 1    **Kenneth A Lepow**                                              Case number (if known)  **17-36371**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Debt Alert**
Name
**4836 Brecksville Rd**
Number        Street
**PO Box 498**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.107**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **3   4   4   1**

**Richfield**            **OH**    **44286**
City                    State    ZIP Code

---

**General Auditing Bureau**
Name
**7373 Kirkwood Court, Suite 200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.309**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **2   6   5   0**

**Minneapolis**          **MN**    **55369**
City                    State    ZIP Code
**Related to Kenneth A. Lepow, DDS, Inc.**

---

**Gordon, Kurt, Dalal Associates, LLC**
Name
**7111 Harwin Drive, Suite 282**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.61**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Houston**              **TX**    **77036**
City                    State    ZIP Code
**Related to Kenneth A. Lepow, DDS, Inc.**

---

**IRS**
Name
**P.O. Box 7346**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **2.1**  of  *(Check one):*  ☑ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Philadelphia**         **PA**    **19101-7346**
City                    State    ZIP Code

---

**Jon D. Totz**
Name
**Totz Ellison & Totz, P.C.**
Number        Street
**2211 Norfolk, Suite 510**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.213**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Houston**              **TX**    **77098**
City                    State    ZIP Code

**Attorney for - Absolute Color, Ltd, Henry Schein, House of Blues, Instradent USA, Inc., Manfield Group USA.  Related to Kenneth A. Lepow, DDS, Inc.**

Debtor 1    **Kenneth A Lepow**                                           Case number (if known)  **17-36371**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Jon D. Totz**
Name
**Totz Ellison & Totz, P.C.**
Number     Street
**2211 Norfolk, Suite 510**

**Houston**          **TX**    **77098**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.180**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Attorney for - Absolute Color, Ltd, Henry Schein, House of Blues, Instradent USA, Inc., Manfield Group USA.  Related to Kenneth A. Lepow, DDS, Inc.

**Jon D. Totz**
Name
**Totz Ellison & Totz, P.C.**
Number     Street
**2211 Norfolk, Suite 510**

**Houston**          **TX**    **77098**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.167**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Attorney for - Absolute Color, Ltd, Henry Schein, House of Blues, Instradent USA, Inc., Manfield Group USA.  Related to Kenneth A. Lepow, DDS, Inc.

**Jon D. Totz**
Name
**Totz Ellison & Totz, P.C.**
Number     Street
**2211 Norfolk, Suite 510**

**Houston**          **TX**    **77098**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.161**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Attorney for - Absolute Color, Ltd, Henry Schein, House of Blues, Instradent USA, Inc., Manfield Group USA.  Related to Kenneth A. Lepow, DDS, Inc.

**Jon D. Totz**
Name
**Totz Ellison & Totz, P.C.**
Number     Street
**2211 Norfolk, Suite 510**

**Houston**          **TX**    **77098**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.7**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Attorney for - Absolute Color, Ltd, Henry Schein, House of Blues, Instradent USA, Inc., Manfield Group USA.  Related to Kenneth A. Lepow, DDS, Inc.

**Kyle Dickson**
Name
**Murray Lobb PLLC**
Number     Street
**700 Gemini, Suite 115**

**Houston**          **TX**    **77058**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.315**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Related to Kenneth A. Lepow, DDS, Inc.

Debtor 1    **Kenneth A Lepow**                                      Case number (if known)  **17-36371**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Lewis A. Booth**
Name
**Special Assistant US Attorney**
Number      Street
**8701 S. Gessner, Suite 710**

**Houston**               **TX**        **77074**
City                    State       ZIP Code

**Related to Kenneth A. Lepow, DDS, Inc.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **2.1**   of  (Check one):   ☑ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **1   7   4   5**

---

**Linebarger Goggan Blair & Sampson, LLP**
Name
**Damon D Edwards**
Number      Street
**P.O. Box 3064**

**Houston**               **TX**        **77253-3064**
City                    State       ZIP Code

**Related to Kenneth A. Lepow, DDS, Inc.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.154**  of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**LTD Financial Services**
Name
**7322 Southwest Freeway, Suite 1600**
Number      Street

**Houston**               **TX**        **77074**
City                    State       ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.36**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **2   3   0   2**

---

**Mark Brooks**
Name
**Young & Brooks, Attorneys at Law**
Number      Street
**10000 Memorial Dr. Suite 2600**

**Houston**               **TX**        **77024**
City                    State       ZIP Code

**Related to Kenneth A. Lepow, DDS, Inc.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.357**  of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Mark Brooks**
Name
**Young & Brooks, Attorneys at Law**
Number      Street
**10000 Memorial Dr. Suite 2600**

**Houston**               **TX**        **77024**
City                    State       ZIP Code

**Related to Kenneth A. Lepow, DDS, Inc.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.356**  of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Marshall Todd Kizner**
Name
**Stark & Stark**
Number      Street
**993 Lenox Dr., Bldg 2**

**Lawrenceville**         **NJ**        **08648**
City                    State       ZIP Code

**Related to Kenneth A. Lepow, DDS, Inc.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   ____   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

Debtor 1    **Kenneth A Lepow**                                                              Case number (if known)    **17-36371**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Matthew Bryce Fronda**
Name
**421 W Third St Suite 910**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.90**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Fort Worth**          **TX**      **76102**
City                State      ZIP Code

**Related to Kenneth A. Lepow, DDS, Inc.**

---

**McCarthy, Burgess & Wolff**
Name
**26000 Cannon Road**
Number       Street
**Cleveland, OH  4416**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.259**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **0   9   7   5**

City                State      ZIP Code

**Relates to Lepow Management LLC**

---

**National Medical Administrators, Inc.**
Name
**PO Box 924047**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.43**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **9   9   6   7**

**Norcross**          **GA**      **30010**
City                State      ZIP Code

**Related to Kenneth A. Lepow, DDS, Inc.**

---

**North Texas Certified Development Corp**
Name
**600 N. Central Expressway, Ste. 600A**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.344**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Plano**          **TX**      **75074**
City                State      ZIP Code

**Related to KAL Enterprises, LLC of which Debtor is General Partner**

---

**Pepper & Associates**
Name
**10200 Grogans Mill Road, Suite 235**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.26**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**The Woodlands**          **TX**      **77380**
City                State      ZIP Code

**Related to Kenneth A. Lepow DDS, Inc.**

Debtor 1    **Kenneth A Lepow**            Case number (if known)   **17-36371**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Prestige Services Inc.**
Name
**2214 Schofield Drive**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.213** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Gretna**       **NE**    **68028**
City            State    ZIP Code
**Related to Kenneth A. Lepow, DDS, Inc.**

---

**Receivable Management Services Corp**
Name
**PO Box 509**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.294** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** **4** **4** **5** **A**

**Richfield**       **OH**    **44286**
City            State    ZIP Code
**Related to Kenneth A. Lepow DDS, Inc.**

---

**Scharar Law Firm, PC**
Name
**Bronwyn Massey Scharar**
Number     Street
**100 E. 15th Street, Suite 350**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.117** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Fort Worth**       **TX**    **76102**
City            State    ZIP Code
**Related to Kenneth A. Lepow, DDS, Inc.**

---

**Specialized Collection Systems, Inc.**
Name
**P.O. Box 441508**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.174** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** **0** **0** **8** **2**

**Houston**       **TX**    **77244-1508**
City            State    ZIP Code
**Related to Kenneth A. Lepow DDS, Inc.**

---

**Thomas George Associates, Ltd**
Name
**PO Box 30**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.206** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** **8** **9** **8** **4**

**East Northport**       **NY**    **11731-0030**
City            State    ZIP Code

Debtor 1    **Kenneth A Lepow**                                                   Case number (if known)   **17-36371**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.  **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.  **$1,100,000.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.  **$0.00** |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. +  **$0.00** |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d.  **$1,100,000.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.  **$0.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.  **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.  **$0.00** |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. +  **$4,496,590.18** |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j.  **$4,496,590.18** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Lepow** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-36371**
(if known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **National Bankruptcy Services, LLC**<br>Name<br>**14841 Dallas Parkway, Suite 300**<br>Number    Street<br><br>**Dallas**                                    **TX**    **75254**<br>City                                                   State    ZIP Code | **2015 Lexus GS350 VIN#JTHBE1BL4FA002438**<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Lepow** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-36371**
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☑ No
      ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D (Official Form 106D)*, *Schedule E/F (Official Form 106E/F)*, or *Schedule G (Official Form 106G)*. Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

**3.1**
**Jonathan Lepow**
Name
**5562 Aspen**
Number       Street

**Bellaire**          **TX**     **77401**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.188**
☐ Schedule G, line _____
**Jeffrey Dean Lankford, et al**

**3.2**
**Jonathan Lepow**
Name
**5562 Aspen**
Number       Street

**Bellaire**          **TX**     **77401**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.111**
☐ Schedule G, line _____
**Dr. Evan Melamed**

Debtor 1  **Kenneth A Lepow** _____  Case number (if known)  **17-36371** _____

### ▮ Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3.3** 
**Jonathan Lepow**
Name
**c/o Adam Chambers**
Number    Street
**1811 Bering Drive, Suite 420**

**Houston**          **TX**     **77057**
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.111**
☐ Schedule G, line _____
**Dr. Evan Melamed**

**3.4**
**Jonathan Lepow**
Name
**5562 Aspen**
Number    Street

**Bellaire**          **TX**     **77401**
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.82**
☐ Schedule G, line _____
**CT Corporation System**

**3.5**
**Jonathan Lepow**
Name
**5562 Aspen**
Number    Street

**Bellaire**          **TX**     **77401**
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.12**
☐ Schedule G, line _____
**Airgas**

**3.6**
**Jonathan Lepow**
Name
**5562 Aspen**
Number    Street

**Bellaire**          **TX**     **77401**
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.16**
☐ Schedule G, line _____
**CT**

**3.7**
**Jonathan Lepow**
Name
**5562 Aspen**
Number    Street

**Bellaire**          **TX**     **77401**
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.340**
☐ Schedule G, line _____
**US Department of Labor**

**3.8**
**Jonathan Lepow**
Name
**5562 Aspen**
Number    Street

**Bellaire**          **TX**     **77401**
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.26**
☐ Schedule G, line _____
**ARA Computers & Consulting Inc.**

**3.9**
**KAL Enterprises, Ltd**
Name
**9125 West Road**
Number    Street

**Houston**          **TX**     **77064**
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.315**
☐ Schedule G, line _____
**Texas First Bank**

Debtor 1   **Kenneth A Lepow**                                              Case number (if known)   **17-36371**

| **Additional Page to List More Codebtors** |

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.10**   **KAL Enterprises, Ltd.**
Name
**9125 West Road**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.188**
☐ Schedule G, line _____

**Houston**              **TX**      **77064**
City                     State     ZIP Code

**Jeffrey Dean Lankford, et al**

**3.11**   **Kenneth A. Lepow DDS, Inc.**
Name
**9125 West Road**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.188**
☐ Schedule G, line _____

**Houston**              **TX**      **77064**
City                     State     ZIP Code

**Jeffrey Dean Lankford, et al**

**3.12**   **Kenneth A. Lepow DDS, Inc.**
Name
**9125 West Road**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.315**
☐ Schedule G, line _____

**Houston**              **TX**      **77064**
City                     State     ZIP Code

**Texas First Bank**

**3.13**   **Lepow Holdings, Inc.**
Name
**5562 Aspen**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.188**
☐ Schedule G, line _____

**Bellaire**             **TX**      **77401**
City                     State     ZIP Code

**Jeffrey Dean Lankford, et al**

**3.14**   **Lepow Management, Inc.**
Name
**5562 Aspen**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.188**
☐ Schedule G, line _____

**Bellaire**             **TX**      **77401**
City                     State     ZIP Code

**Jeffrey Dean Lankford, et al**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kenneth | A | Lepow |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | 17-36371 | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Dentist | |
| **Employer's name** | | West Road Dental, PLLC | |
| **Employer's address** | | 9125 West Road | |
| | | Number  Street | Number  Street |
| | | Houston        TX   77064 | |
| | | City        State  Zip Code | City        State   Zip Code |
| **How long employed there?** | | 1 week | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $1,500.00 | |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $1,500.00 | |

Debtor 1    **Kenneth A Lepow**                                          Case number (if known)   **17-36371**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ............................................................ ➔ 4.    **$1,500.00**

5.  **List all payroll deductions:**

5a.  **Tax, Medicare, and Social Security deductions**        5a.    **$0.00**

5b.  **Mandatory contributions for retirement plans**         5b.    **$0.00**

5c.  **Voluntary contributions for retirement plans**         5c.    **$0.00**

5d.  **Required repayments of retirement fund loans**         5d.    **$0.00**

5e.  **Insurance**                                            5e.    **$0.00**

5f.  **Domestic support obligations**                         5f.    **$0.00**

5g.  **Union dues**                                           5g.    **$0.00**

5h.  **Other deductions.**
     Specify: _____                     5h.+   **$0.00**

6.  **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    **$0.00**

7.  **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7.    **$1,500.00**

8.  **List all other income regularly received:**

8a.  **Net income from rental property and from operating a business, profession, or farm**    8a.    **$0.00**

     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b.  **Interest and dividends**                               8b.    **$0.00**

8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**    8c.    **$0.00**

     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d.  **Unemployment compensation**                            8d.    **$0.00**

8e.  **Social Security**                                      8e.    **$0.00**

8f.  **Other government assistance that you regularly receive**
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: _____                     8f.    **$0.00**

8g.  **Pension or retirement income**                         8g.    **$0.00**

8h.  **Other monthly income.**
     Specify: _____                     8h.+   **$0.00**

9.  **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    **$0.00**

10.  **Calculate monthly income.**  Add line 7 + line 9.    10.    **$1,500.00**  + _____ = **$1,500.00**
     Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in Schedule J.**
     Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

     Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

     Specify: _____    11.  +    **$0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$1,500.00**

     **Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**

     ☐ No.
     ☑ Yes. Explain:   **Income is anticipated to increase with Augusta Dental Management, LLC managing West Road Dental, LLC practice**

**Fill in this information to identify your case:**

Debtor 1    __Kenneth__        __A__            __Lepow__
            First Name        Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    __SOUTHERN DISTRICT OF TEXAS__

Case number    __17-36371__
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

**1.    Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**        ☑ No
Do not list Debtor 1 and        ☐ Yes. Fill out this information
Debtor 2.                                for each dependent...................

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**        ☑ No
        ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4.    The rental or home ownership expenses for your residence.**        4.    _____
Include first mortgage payments and any rent for the ground or lot.

**If not included in line 4:**

4a.   Real estate taxes                                                        4a.    _____

4b.   Property, homeowner's, or renter's insurance                            4b.    _____

4c.   Home maintenance, repair, and upkeep expenses                           4c.    _____

4d.   Homeowner's association or condominium dues                             4d.    _____

| Debtor 1 | **Kenneth A Lepow** | Case number (if known) | **17-36371** |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | _____ |
| | 6b.  Water, sewer, garbage collection | 6b. | _____ |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | _____ |
| | 6d.  Other.  Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$1,200.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$120.00** |
| 10. | **Personal care products and services** | 10. | _____ |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$120.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____ |
| 14. | **Charitable contributions and religious donations** | 14. | **$10.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | _____ |
| | 15b.  Health insurance | 15b. | _____ |
| | 15c.  Vehicle insurance | 15c. | _____ |
| | 15d.  Other insurance.  Specify: _____ | 15d. | _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. | _____ |
| | 17c.  Other.  Specify: _____ | 17c. | _____ |
| | 17d.  Other.  Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1  **Kenneth A Lepow** _____     Case number (if known)  **17-36371** _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.**  Specify: _____     21.  **+** _____

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$1,500.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$1,500.00** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$1,500.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **−** | **$1,500.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$0.00** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.  Explain here:
**Expenses will also increase when move out of sister's house**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Lepow** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| Case number | **17-36371** |
|---|---|
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| **1.** *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................. | **$34,430.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................... | **$34,430.00** |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| **2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$20,000.00** |
| **3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$1,100,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$4,496,590.18** |
| **Your total liabilities** | **$5,616,590.18** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| **4.** *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................................. | **$1,500.00** |
| **5.** *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J................................................................. | **$1,500.00** |

Debtor 1    **Kenneth A Lepow** _____    Case number (if known) __17-36371__

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.          _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

|  | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F,* **copy the following:** | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d.  Student loans.  (Copy line 6f.) | _____ |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+** _____ |
| 9g.  **Total.**   Add lines 9a through 9f. | _____ |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Kenneth** | **A** | **Lepow** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-36371**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kenneth A Lepow**_____   X _____
Kenneth A Lepow, Debtor 1                        Signature of Debtor 2

Date **01/04/2018**_____                        Date _____
MM / DD / YYYY                                    MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Kenneth</u> | <u>A</u> | <u>Lepow</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number <u>17-36371</u>
(if known)

☐ Check if this is an amended filing

<u>Official Form 107</u>

## Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☑ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| <u>4529 Wedgewood</u> | From    <u>2/17</u> | | From |
| Number    Street | To    <u>8/17</u> | Number    Street | To |
| <u>Bellaire</u>         <u>TX</u> | | | |
| City    State    ZIP Code | | City    State    ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| <u>5300 S Gessner</u> | From    <u>1/26</u> | | From |
| Number    Street | To    <u>2/17</u> | Number    Street | To |
| <u>Houston</u>         <u>TX</u> | | | |
| City    State    ZIP Code | | City    State    ZIP Code | |

Debtor 1    **Kenneth A Lepow**        Case number (if known)   **17-36371**

| **Debtor 1:** | | Dates Debtor 1 lived there | **Debtor 2:** | | Dates Debtor 2 lived there |
|---|---|---|---|---|---|
| | | | ☐ Same as Debtor 1 | | ☐ Same as Debtor 1 |

| | | | | | |
|---|---|---|---|---|---|
| **1200 Post Oak #305** | | From | | | From |
| Number   Street | | To  **12/2015** | Number   Street | | To |
| **Houston**   **TX**   **77027** | | | | | |
| City   State   ZIP Code | | | City   State   ZIP Code | | |

**3.** **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

**Part 2:**    **Explain the Sources of Your Income**

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions | Sources of income Check all that apply. | Gross income (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$54,500.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:** (January 1 to December 31, **2016** ) YYYY | ☑ Wages, commissions, bonuses, tips | **$76,800.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2015** ) YYYY | ☑ Wages, commissions, bonuses, tips | **$94,200.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1     **Kenneth A Lepow** _____     Case number (if known)   **17-36371** _____

5.   Did you receive any other income during this year or the two previous calendar years?
     Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security;
     unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
     and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under
     Debtor 1.

     List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

     ☑ No
     ☐ Yes.  Fill in the details.

---

## Part 3:     List Certain Payments You Made Before You Filed for Bankruptcy

6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

     ☑ No.     **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
              "incurred by an individual primarily for a personal, family, or household purpose."

              During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

              ☑ No.  Go to line 7.

              ☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the
                     total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
                     child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

              * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

     ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

              During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

              ☐ No.  Go to line 7.

              ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
                     creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
                     Also, do not include payments to an attorney for this bankruptcy case.

7.   Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
     corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
     agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
     such as child support and alimony.

     ☑ No
     ☐ Yes.  List all payments to an insider.

---

Debtor 1    **Kenneth A Lepow** _____    Case number (if known)  **17-36371** _____

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes.  List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Absolute Color, Ltd vs. Kenneth A. Lepow D.D.S., Inc. dba Lepow Dental; and Kenneth Lepow aka and bspa Kenneth A. Lepow, K.A. Lepow, Dr. Kenneth A. Lepow, Dr. Kenneth Lepow, Kenneth A. Lepow DDS, Kenneth Lepow DDS and K.A. Lepow DDS** | **Debt** | **County Court at Law No. 1 Harris Co** <br> Court Name <br><br> Number    Street <br><br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number  **1092358** | | | |
| **Amsia Medical, Inc. dba Ami Dental vs. Kenneth Lepow** | **Suit for payment** | **County Civil Court at Law No. 2 Harris Co** <br> Court Name <br><br> Number    Street <br><br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number  **1084466CGC 17 560** | | | |
| **Align Techology, Inc. vs. Kenneth Lepow** | **Suit for Payment** | **Superior Court State of CA San Francisco, CA** <br> Court Name <br><br> Number    Street <br><br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number  **CGC 17 560464** | | | |

Debtor 1    **Kenneth A Lepow**                                              Case number (if known)   **17-36371**

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Buffalo Dental Group, LLC and Jeffrey Dean Lankford vs. Jonathan Lepow and Kenneth Lepow** | **Notice to Enforce Foreign Judgment** | **District Court, 152nd Judicial District** Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| | | | ☐ Concluded |
| Case number  **2016-15675** | | City           State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Darby Dental Supply, LLC vs. Kenneth A. Lepow D.D.S., Inc. aka and dba Lepow Dental Associates; Kenneth Lepow aka and bspa Kenneth A. Lepow, K.A. Lepow, Dr. Kenneth A. Lepow, Kenneth A. Lepow DDS and Jonathan Lepow** | **Suit for Payment** | **County Court at Law No. 2 Harris Co** Court Name | ☐ Pending |
| | | Number    Street | ☐ On appeal |
| | | | ☑ Concluded |
| Case number  **1084065** | | City           State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **De Lage Landen Financial Services, Inc. dba Prohealth Capital vs. Kenneth A. Lepow and Kenneth A. Lepow, DDS, Inc. aka Lepow Dental Associates** | **Suit for payment** | **County Court at Law No 2, Tarrant Co** Court Name | ☑ Pending |
| | | Number    Street | ☐ On appeal |
| | | | ☐ Concluded |
| Case number  **2016-002206-2** | | City           State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Dr. Evan Melamed vs. Lepow Dental Associates, Dr. KennethDr. Evan Melamed vs. Lepow individually and as Presdient ofDr. Evan Melamed vs. Lepow Dental Associates and JonathanDr. Evan Melamed vs. Lepow, individually and as President of the National School of Dental Assisting - Houston** | **Suit for unpaid compensation** | **District Court Harris Co 215th Judicial** Court Name | ☐ Pending |
| | | Number    Street | ☐ On appeal |
| | | | ☑ Concluded |
| Case number  **2016-63389** | | City           State    ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Henry Schein vs. Kenneth Lepow aka and bspa Kenneth A. Lepow, K.A. Lepow, Kenneth Lepow DDS, K.A. Lepow DDS, Dr. Kenenth Lepow, Dr. Kenneth A. Lepow, and Dr. K.A. Lepow; and Jonathan Lepow both dba Lepow Dental and Lepow Dental Associates** | **Suit for debt** | **County Court at Law No 2 Harris Co** Court Name | ☐ Pending |
| | | Number    Street | ☐ On appeal |
| | | | ☑ Concluded |
| Case number  **1085121** | | City           State    ZIP Code | |

Debtor 1   **Kenneth A Lepow**        Case number (if known)   **17-36371**

---

**Case title**
**House of Blues Restaurant Corp. vs. Kenneth A. Lepow, D.D.S., Inc. aka and dba Kenneth A. Lepow DDS; Kenneth Lepow aka and bspa Kenneth A. Lepow, K.A. Lepow, Dr. Kenneth A. Lepow, Dr. Kenneth Lepow, Dr. K.A. Lepow, Kenneth A. Lepow DDS, K.A. Lepow DDS and Kenneth Lepow DDS; and Jonathan Lepow**

Case number **1085570**

**Nature of the case**
**Suit for debt**

**Court or agency**
**County Court at Law No 4 Harris Co**
Court Name

Number   Street

City      State    ZIP Code

**Status of the case**
☐ Pending
☐ On appeal
☑ Concluded

---

**Case title**
**Humana, Inc. vs. Kenneth A. Lepow D.D.S., Inc. dba Lepow Dental Associates dba Lepow Cosmetic Dental Assocites dba Lepow Dental and dba Greater Houston Dental Specialists**

Case number **2017-002890-2**

**Nature of the case**
**Suit for Debt**

**Court or agency**
**County Court at Law 2 Tarrant Co**
Court Name

Number   Street

City      State    ZIP Code

**Status of the case**
☐ Pending
☐ On appeal
☑ Concluded

---

**Case title**
**Instradent USA, Inc. vs Kenneth A. Lepow D.D.S., Inc. aka and dba Kenneth A. Lepow, DDS; and Kenneth A. Lepow, DDS; and Kenneth A. Lepow aka and bspa Dr. Kenneth A. Lepow, Dr. Kenneth Lepow, Dr. K.A. Lepow, Kenneth A. Lepow DDS, Kenneth Lepow DDS and K.A. Lepow DDS**

Case number **171200454020**

**Nature of the case**
**Suit on Debt**

**Court or agency**
**Justice Court Harris Co Pre I, Place II**
Court Name

Number   Street

City      State    ZIP Code

**Status of the case**
☑ Pending
☐ On appeal
☐ Concluded

---

**Case title**
**Jeromy Thornton DDS, PLLC v. Kenneth A. Lepow, DDS, Inc., dba Lepow Dental Assoicates and Greater Houston Dental Specialists, Dr. Kenneth A. Lepow, and Jonathan Lepow**

Case number **2015-39161-7**

**Nature of the case**
**Suit for payment**

**Court or agency**
**152nd Judicial District Harris**
Court Name

Number   Street

City      State    ZIP Code

**Status of the case**
☐ Pending
☐ On appeal
☑ Concluded

---

**Case title**
**Kristi Gresham vs. Kenneth A. Lepow, DDS, Inc. dba Greater Houston Dental Specialists, and Jonathan Lepow, Individually**

Case number **2014-52496**

**Nature of the case**
**Suit for payment**

**Court or agency**
**80th Judicial District Harris Co**
Court Name

Number   Street

City      State    ZIP Code

**Status of the case**
☐ Pending
☐ On appeal
☑ Concluded

Debtor 1    **Kenneth A Lepow**                                                Case number (if known)  **17-36371**

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Jeffrey Dean Lankford, H. Chu Kim, Louis-Philippe Bosse, WDMG, LLC, MGD1, LLC, and Buffalo Dental Group, LLC vs. Jonathan Lepow,  Lepow Holdings, LLC, Lepow Management, Inc. Kenneth A. Lepow, DDS, Inc. and KAL Enterprises, Ltd.** | **Suit for Payment** | **55th Judicial District Harris Co** | ☐ Pending |
| | | Court Name | ☐ On appeal |
| | | Number     Street | ☒ Concluded |
| Case number  **2014-72558** | | City          State     ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Patterson Dental Companies vs. Kenneth A. Lepow DDS, Inc. aka Dr. Kenneth Lepow Inc. and Kenneth Lepow, Individually** | **Suit for payment** | **125th Judicial District Harris Co** | ☒ Pending |
| | | Court Name | ☐ On appeal |
| | | Number     Street | ☐ Concluded |
| Case number  **2017-32738** | | City          State     ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Scott Patton PC vs. Kenneth A. Lepow DDS, Jonathan Lepow, Kenneth A. Lepow, DDS, Inc., Lepow Holdings, Inc. Lepow Management, Inc. and KAL Enterprises, Ltd.** | **Suit for paym** | **157th Judicial District Harris Co.** | ☐ Pending |
| | | Court Name | ☐ On appeal |
| | | Number     Street | ☒ Concluded |
| Case number  **2016-39354** | | City          State     ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Select Medical Products vs. Lepow Dental & Assoc** | **Suit for payment** | **Justice Court Harris Co Precinct 5, Pl 2** | ☒ Pending |
| | | Court Name | ☐ On appeal |
| | | Number     Street | ☐ Concluded |
| Case number  | | City          State     ZIP Code | |

| | | | |
|---|---|---|---|
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Harris County, Lone Star College System, EmergencyService Dist #9, Cy-Fair ISD v. Lepow Dental Associates** | **Taxes owed** | **County Civil Court at Law No 1 Harris Co** | ☒ Pending |
| | | Court Name | ☐ On appeal |
| | | Number     Street | ☐ Concluded |
| Case number  **1095402** | | City          State     ZIP Code | |

| Debtor 1 | **Kenneth A Lepow** | | Case number (if known) | **17-36371** |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **United States of America v. Kenneth Lepow, President of Kenneth A. Lepow DDS Inc.** | **Suit for Taxes** | **US District Court, Southern District TX** | ☑ Pending |
| | | Court Name | ☐ On appeal |
| Case number  **17-mc-1747** | | Number     Street | ☐ Concluded |
| | | City          State     ZIP Code | |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Furniture, clothing and household items were flooded as a result of Harvey** | | | |

Debtor 1    **Kenneth A Lepow**                                   Case number (if known)   **17-36371**

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **John Akard Jr.**<br>Person Who Was Paid | | | |
| **Coplen & Banks, P.C.**<br>Number    Street | | **11/2017** | **$2,000.00** |
| **11111 McCracken, Suite A** | | | |
| **Cypress**          **TX**    **77429**<br>City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Kenneth A Lepow**                                         Case number (if known)    **17-36371**

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Life Storage** | | **Household contents that were** | ☐ No |
| Name of Storage Facility | Name | **not destroyed in post Harvey** | ☑ Yes |
| **10114 Katy Fwy** | | **flooding** | |
| Number    Street | Number    Street | | |
| | | | |
| **Houston                    TX** | | | |
| City                 State   ZIP Code | City                  State   ZIP Code | | |

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1   **Kenneth A Lepow**                                   Case number (if known)   **17-36371**

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?
    ☑ No
    ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

    ☑ No
    ☐ Yes. Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☑ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

**KAL Enterprises, Ltd**
Business Name

**9125 West Road**
Number   Street

**Houston          TX   77064**
City            State  ZIP Code

Describe the nature of the business
Owner of equipment and the building in which practice operated (property foreclosed on 12/5/17)

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ − ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____ To _____

Debtor 1   **Kenneth A Lepow**                                   Case number (if known)   **17-36371**

**Kenneth A. Lepow DDS, Inc.**          **Describe the nature of the business**
Business Name                           **Dental Practice**

**9125 West Road**                       **Name of accountant or bookkeeper**
Number    Street


**Houston**            **TX**   **77064**
City                State   ZIP Code

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:   ___  ___  **–** ___  ___  ___  ___  ___  ___  ___

**Dates business existed**

**From** _____   **To** _____

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include
      all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

| Part 12: | Sign Below |
| --- | --- |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  **18 U.S.C. §§ 152, 1341, 1519, and 3571.**


X **/s/ Kenneth A Lepow**                      X _____
   Kenneth A Lepow, Debtor 1                      Signature of Debtor 2

   Date   **01/04/2018**                          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                           *Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Lepow** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-36371**
(if known)

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**  **List Your Creditors Who Hold Secured Claims**

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D),
    fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **National Bankruptcy Services, LLC** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **2015 Lexus GS350 VIN#JTHBE1BL4FA002438** | | |

**Part 2:**  **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G),
fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not
yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| Lessor's name: **National Bankruptcy Services, LLC** | ☑ No |
| Description of leased property: **2015 Lexus GS350 VIN#JTHBE1BL4FA002438** | ☐ Yes |

| Debtor 1 | **Kenneth A Lepow** | | Case number (if known) | **17-36371** |
|---|---|---|---|---|

---

### Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.**

X **/s/ Kenneth A Lepow**
Kenneth A Lepow, Debtor 1

X _____
Signature of Debtor 2

Date **01/04/2018**
    MM / DD / YYYY

Date _____
    MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | | |
|---|---:|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| **+** | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*.  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   |   |   |
|---|---:|---|
|   | $1,167 | filing fee |
| **+** | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

> ## Warning: File Your Forms on Time
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.
>
> For more information about the documents and their deadlines, go to:
>
> http://www.uscourts.gov/bkforms/bankruptcy_forms .html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/Bankru ptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Kenneth A Lepow**

Case No.   **17-36371** _____

Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept...........................Hourly: Estimated Total | **$6,000.00** |
| Prior to the filing of this statement I have received........................................................ | **$2,000.00** |
| Balance Due.............................................................................Hourly: Approximately | **$4,000.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **01/04/2018** | **/s/ John Akard Jr.** |
| *Date* | *John Akard Jr.*                    Bar No.  00790212 |
| | Coplen & Banks., P.C. |
| | 11111 McCracken, Suite A |
| | Cypress, TX 77429 |
| | Phone: (832) 237-8600 / Fax: (832) 202-2088 |

---

  **/s/ Kenneth A Lepow**
**Kenneth A Lepow**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Kenneth** <br> First Name | **A** <br> Middle Name | **Lepow** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number <br> (if known) | **17-36371** | |

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:    Identify the Kind of Debts You Have

1.   **Are your debts primarily consumer debts?**  Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2.   **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.   **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity?  10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Lepow** |
| | First Name | Middle Name | Last Name |
| | | | |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Case number | **17-36371** |
| (if known) | |

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.**

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    **Kenneth A Lepow** _____     Case number (if known) **17-36371** _____

|  | Column A | Column B |
|---|---|---|
|  | Debtor 1 | Debtor 2 or non-filing spouse |

**5. Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

Copy here → _____    _____

**6. Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

Copy here → _____    _____

**7. Interest, dividends, and royalties**      _____  _____

**8. Unemployment compensation**      _____  _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you.............................................................   _____

For your spouse.................................................   _____

**9. Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.      _____  _____

**10. Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____   _____  _____

_____   _____  _____

Total amounts from separate pages, if any.      + _____  + _____

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[ _____ ] + [ _____ ] = [ _____ ]

**Total current monthly income**

Debtor 1    **Kenneth A Lepow**                                           Case number (if known) **17-36371**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

**12.  Calculate your current monthly income for the year.**  Follow these steps:

12a.  Copy your total current monthly income from line 11.....................................................**Copy line 11 here** ➜ 12a.

Multiply by 12 (the number of months in a year).                                        X    **12**

12b.  The result is your annual income for this part of the form.                                     12b.

**13.  Calculate the median family income that applies to you.**  Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household.............................................................. 13.

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.  How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.  ☐  Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Kenneth A Lepow**                                         X _____
Kenneth A Lepow, Debtor 1                                           Signature of Debtor 2

Date  **1/4/2018**                                                        Date _____
MM / DD / YYYY                                                       MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.